UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>LUIS MANUEL GOMEZ-DOMINGUEZ,  )<br>)<br>Defendant.  )<br>_____) | Case No. 08mj0676<br><br>CERTIFICATE OF SERVICE |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  March 21, 2008                     /s/  Erick  L.  Guzman
                                               ERICK L. GUZMAN
                                               Federal Defenders
                                               225 Broadway, Suite 900
                                               San Diego, CA 92101-5030
                                               (619) 234-8467  (tel)
                                               (619) 687-2666  (fax)
                                               E-mail: erick_guzman@fd.org