FILED

08 APR -2 PM 3:37

SOUTHERN DISTRICT OF CALIF.

BY: _ECL_     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                 )<br>      Plaintiff,  )<br>                 )<br>    v.             )<br>                 )<br>LUIS MANUEL GOMEZ-DOMINGUEZ, )<br>                 )<br>      Defendant.  )<br>_____) | Criminal Case No. 08 CR 1003 WQH<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a)<br>and (b) – Attempted Entry After<br>Deportation |

The grand jury charges:

On or about March 4, 2008, within the Southern District of California, defendant LUIS MANUEL GOMEZ-DOMINGUEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the

//

JDM:em:San Diego
4/1/08

1   United States, that was a substantial step toward committing the

2   offense, all in violation of Title 8, United States Code,

3   Sections 1326(a) and (b).

4       It is further alleged that defendant LUIS MANUEL GOMEZ-DOMINGUEZ

5   was removed from the United States subsequent to September 29, 2007.

6       DATED: April 2, 2008.

7                             A TRUE BILL:

8

9                             Foreperson

10

11  KAREN P. HEWITT
    United States Attorney

12

13  By:

14      JEFFREY D. MOORE
        Assistant U.S. Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                   2