1 **ERICK L. GUZMAN**
California Bar No. 244391
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
Telephone:  (619) 234-8467
4 Erick_Guzman@fd.org

5 Attorneys for Mr. Gomez

6

7
                         UNITED STATES DISTRICT COURT
8
                       SOUTHERN DISTRICT OF CALIFORNIA
9
                         **(HONORABLE WILLIAM Q. HAYES)**
10

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1003-WQH |
|---|---|---|
| Plaintiff, | ) | DATE: May 12, 2008 |
|  | ) | TIME:  2:00 P.M. |
| v. | ) |  |
|  | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| LUIS GOMEZ, | ) |  |
|  | ) | 1)  COMPEL DISCOVERY; AND |
| Defendant. | ) | 2)  GRANT LEAVE TO FILE FURTHER |
|  | ) |      MOTIONS. |

17 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
       CHRISTOPHER M. ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:
18

19      PLEASE TAKE NOTICE that, on April 18, 2008 at 1:30 p.m., or as soon thereafter as counsel may

20 be heard, defendant, Luis Gomez, by and through his attorneys, Erick L. Guzman, and Federal Defenders

21 of San Diego, Inc., will ask this Court to enter an order granting the following motions.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

**MOTIONS**

Defendant, Luis Gomez, by and through his attorneys, Erick L. Guzman, and Federal Defenders of San Diego, Inc., asks this Court, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules, for an order to:

(1) Compel Discovery; and

(2) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED: May 12, 2008          /s/ Erick L. Guzman
                             ERICK L. GUZMAN
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Mr. Gomez
                             Erick_Guzman@fd.org