1  **ERICK L. GUZMAN**
   California Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4  Erick_Guzman@fd.org

5  Attorneys for Mr. Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1003-WQH |
|---|---|---|
| Plaintiff, | ) | DATE: June 9, 2008 |
| | ) | TIME: 2:00 P.M. |
| v. | ) | |
| LUIS GOMEZ, | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| Defendant. | ) | 1) DISMISS FOR FAILING TO ALLEGE AN ELEMENT; |
| | ) | 2) DISMISS FOR MISINSTRUCTION OF THE GRAND JURY; |
| | ) | 3) STRIKE SURPLUSAGE |
| | ) | 4) PRODUCE GRAND JURY TRANSCRIPT; |
| | ) | 5) SUPPRESS STATEMENT; |
| | ) | 6) COMPEL DISCOVERY; AND |
| | ) | 7) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
    CHRISTOPHER M. ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

    PLEASE TAKE NOTICE that, on April 18, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, defendant, Luis Gomez, by and through his attorneys, Erick L. Guzman, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

///
///
///

**MOTIONS**

Defendant, Luis Gomez, by and through his attorneys, Erick L. Guzman, and Federal Defenders of San Diego, Inc., asks this Court, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules, for an order to:

(1)  Dismiss for failure to allege an element;

(2)  Dismiss for misinstruction of the grand jury;

(3)  Strike surplusage;

(4)  Produce grand jury transcripts;

(5)  Suppress Statements;

(6)  Compel discovery; and

(8)  Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED:    May 27, 2008            /s/ Erick L. Guzman
                                  ERICK L. GUZMAN
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Mr. Gomez
                                  Erick_Guzman@fd.org