1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Luis Manuel Gomez-Dominguez

                     UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA

                     **(HONORABLE WILLIAM Q. HAYES)**

| UNITED STATES OF AMERICA,     | )   | Case No. 08CR1003-WQH |
|                               | )   |                       |
|       Plaintiff,              | )   |                       |
|                               | )   |                       |
| v.                            | )   | **CERTIFICATE OF SERVICE** |
|                               | )   |                       |
| LUIS MANUEL GOMEZ-DOMINGUEZ,  | )   |                       |
|                               | )   |                       |
|       Defendant.              | )   |                       |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Christopher Michael Alexander
Christopher.M.Alexander@usdoj.gov,maria.richardson@usdoj.gov,efile.dkt.gc1@usdoj.gov; and

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

                                          Respectfully submitted,


DATED:       May 27, 2008                  /s/ Erick L. Guzman
                                          **ERICK L. GUZMAN**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Luis Manuel Gomez-Dominguez