1 **ERICK L. GUZMAN**
California State Bar No. 244391
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erick_guzman@fd.org

5 Attorneys for Luis Manuel Gomez-Dominguez

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | Case No. 08CR1003-WQH |
| 12              Plaintiff, | ) | |
| 13  v. | ) | **CERTIFICATE OF SERVICE** |
| 14  LUIS MANUEL GOMEZ-DOMINGUEZ, | ) | |
| 15              Defendant. | ) | |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    Christopher Michael Alexander
     Christopher.M.Alexander@usdoj.gov,maria.richardson@usdoj.gov,efile.dkt.gc1@usdoj.gov; and
20
                          U.S. Attorney CR
21                     Efile.dkt.gc2@usdoj.gov

22                              Respectfully submitted,

24 DATED:     May 28, 2008                /s/ Erick L. Guzman
                                          **ERICK L. GUZMAN**
25                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Luis Manuel Gomez-Dominguez