1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  E-mail:  erick_guzman@fd.org

5  Attorneys for Mr. Gomez-Dominguez

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No.: 08CR1003-WQH |
| | ) | |
| 12         Plaintiff, | ) | Date:  July 21, 2008 |
| | ) | Time:  2:00 p.m. |
| 13 v. | ) | |
| | ) | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| 14 LUIS GOMEZ-DOMINGUEZ, | ) | |
| | ) | **(1) SUPPRESS STATEMENTS; AND** |
| 15         Defendant. | ) | **(2) LEAVE TO FILE FURTHER MOTIONS.** |
| | ) | |
| 16 | ) | |
| 17 _____ | ) | _____ |

18  TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
          ANNE PERRY, ASSISTANT UNITED STATES ATTORNEY:

19  **PLEASE TAKE NOTICE** that on July 21, 2008, at 2:00 p.m., or as soon thereafter as counsel may

20  be heard, the accused Luis Gomez-Dominguez, by and through his attorneys, Erick L. Guzman and Federal

21  Defenders of San Diego, Inc., will ask this Court to enter an order granting the motion outlined below.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**MOTIONS**

Defendant, Mr. Gomez-Dominguez, by and through his attorneys, Erick L. Guzman and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Suppress Statements; and
(2) Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

Dated: July 2, 2008

 */s/ Erick L. Guzman*
**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Gomez-Dominguez
erick_guzman@fd.org