UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr1003-WQH |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| LUIS GOMEZ-DOMINGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

> Anne Perry
> U.S. Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated: July 2, 2008            /s/ Erick L. Guzman
                               ERICK L. GUZMAN
                               Federal Defenders
                               225 Broadway, Suite 900
                               San Diego, CA 92101-5030
                               (619) 234-8467  (tel)
                               (619) 687-2666  (fax)
                               erick_guzman@fd.org