STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IS HEREBY INCORPORATED BY REFERENCE TO DOCKET NO. 31