```
 1  KAREN P. HEWITT
    United States Attorney
 2  ANNE KRISTINA PERRY
    Assistant U.S. Attorney
 3  California State Bar No.  107440
    United States Federal Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8800
 5  Telephone:  (619) 557-5767

 6  Attorneys for Plaintiff
    United States of America
 7
```

|  |  |
|---|---|
| 8 | UNITED STATES DISTRICT COURT |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1003 WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | APPLICATION FOR ORDER |
| v. | ) | SHORTENING TIME AND |
| | ) | ORDER THEREON |
| LUIS MANUEL GOMEZ-DOMINGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Anne Kristina Perry Assistant United States Attorney, and hereby moves this court for an order shortening time in which the Government's motions in limine may be filed in this matter. Government counsel was addressing the defendant's untimely-filed motions to suppress his post-arrest statements, which response was

```
 1  also due on July 7.
 2          DATED: July 8, 2008
 3                                      Respectfully submitted,
 4                                      KAREN P. HEWITT
                                        United States Attorney
 5
                                        /s/ Anne Perry
 6                                      Anne Kristina Perry
                                        Assistant U.S. Attorney
 7                                      anne.perry2@usdoj.gov
 8                                O R D E R
 9     IT IS HEREBY ORDERED that the time for filing the motion for
10  order permitting the Government to file its motions in limine be
11  shortened, to permit filing of said motions on July 8, 2008,  with
12  the motions in limine to be heard on July 24, 2008 at 9:30 a.m.
13      DATED:
14
15                                      _____
                                        WILLIAM Q. HAYES
16                                      UNITED STATES DISTRICT JUDGE
17
...
28                                  2
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>              Plaintiff,           )<br>                                   )<br>         v.                        )<br>                                   )<br>LUIS MANUEL GOMEZ-DOMINGUEZ,       )<br>                                   )<br>              Defendant.           )<br>_____) | Case No. 08CR1003-WQH<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, ANNE KRISTINA PERRY, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of GOVERNMENT'S MOTION FOR ORDER SHORTENING TIME on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   Erick L. Guzman
   Attorney for Defendant Luis Manuel Gomez-Dominguez

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2008

                              /s/ *Anne Kristina Perry*
                              ANNE KRISTINA PERRY