1 | **ERICK L. GUZMAN**
California State Bar No. 244391
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: erick_guzman@fd.org

5 | Attorneys for Luis Gomez

6 |

7 |

                    UNITED STATES DISTRICT COURT
8 |
                    SOUTHERN DISTRICT OF CALIFORNIA
9 |
                    **(HONORABLE WILLIAM Q. HAYES)**
10 |

11 | UNITED STATES OF AMERICA,        )    Case No. 08CR1003-WQH
                                      )
12 |              Plaintiff,          )    DATE:      July 24, 2008
                                      )    TIME:      9:30 A.M.
13 | v.                               )
                                      )    REPLY TO GOVERNMENT'S RESPONSE TO
14 | LUIS GOMEZ,                      )    DEFENSE'S   MOTIONS *IN LIMINE*
                                      )
15 |              Defendant.          )
     _____  )

16 |                              **I.**

17 |                         **BACKGROUND**

18 |        On July 08, 2008, Mr. Gomez filed his motions *in limine*. <u>See</u> Clerk's Docket Sheet at 31-34.  On

19 | July, 25, 2008, the government filed their response in opposition.  <u>See</u> <u>id</u>. at 38.

20 |        This reply follows.

21 |                              **II.**

22 | **BACKGROUND CONCERNING MR. GOMEZ'S ARKANSAS PRIOR CONVICTION**

23 |        In 2006 Mr. Gomez was working and living in Arkansas.   He had a fourteen years old girlfriend.

24 | The girl's mother reported the relationship to local authorities, and Mr. Gomez was arrested.  The girl was

25 | questioned by police.  She repeatedly stated that the relationship was consensual, and that there was never any

26 | pressure.  <u>See</u> Transcript of Interview of Anabel Garza.  (Attached as Exhibit A).  Mr. Gomez-Dominguez

27 | said the same, during his own questioning. <u>See</u> Interview of Luis Gomez (Attached as Exhibit B).  He did

28 | / / /

1  plead guilty to violating Arkansas 5-14-110 (sexual indecency with a child), and received a four-month

2  sentence.  He was then deported through Texas.

3  <center>**III.**</center>

4  <center>**THE COURT SHOULD ALLOW MR. GOMEZ TO**
**ACCURATELY DESCRIBE THE ARKANSAS OFFENSE**</center>

5

6  At page 4 of their response, the government argues that his alleged Arkansas conviction should be

7  presented to the Jury if Mr. Gomez testifies.  See Gov't. Memo. at 4.  Though it does offer to sanitize the

8  conviction if the Court believes the nature of the offense is too prejudicial.  See id.  However, sanitization

9  would put Mr. Gomez in a worse position.  Now to be clear, Mr. Gomez still believes that the Arkansas

10 conviction does not undermine his credibility and is irrelevant and therefore should not be conveyed to the

11 jury.  And the mention of any felony conviction is too prejudicial, especially considering Mr. Gomez's

12 immigration status.  However, if the Court does allow the government to present Mr. Gomez's Arkansas

13 conviction, then he requests the ability to present all the facts surrounding that conviction, lest the Jury be left

14 with inaccurate impression of what occurred.  That is, after all the facts are known, it is rather apparent that

15 Mr. Gomez's alleged actions are not even close to as bad as what a Jury would think if they heard "felony

16 conviction."

17                                                          Respectfully submitted,

18 DATED:        July 23, 2008              _/S/Erick Guzman_____
                                                       ERICK L. GUZMAN
19                                                    Federal Defenders of San Diego, Inc.
                                                       Attorneys for Luis Gomez
20                                                    erick_guzman@fd.org

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Anne Kristina Perry
Anne.Perry2@usdoj.gov,Cindy.Muncy@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:        July 23, 2008                          /s/ Erick L. Guzman
                                                     **ERICK L. GUZMAN**
                                                     Federal Defenders of San Diego, Inc.
                                                     Attorneys for Luis Gomez