## <u>UNITED STATES v. LUIS GOMEZ</u>
**U.S.D.C. Case No. 08ᴄʀ1003-WQH**

## INDEX OF EXHIBITS

Exhibit A. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 2

Exhibit B. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 41



# EXHIBIT A

**United States v. Luis Gomez-Dominguez**
**08cr1003-WQH**
**Interview of Anabel Garza**
**October 06, 2006**

*( ) = inaudible*

*(Inaudible voices in background).*

| | |
|---|---|
| JOHN: | Have a seat in that corner chair, if you could. |
| ANABEL: | Oh, man, I'm so mad.  I can punch a wall right now. |
| JOHN: | What'd you say? |
| ANABEL: | I'm gonna punch a wall right now. |
| JOHN: | You're gonna punch a wall right now?  Well, you could, but I wouldn't want you punching the wall. |
| ANABEL: | Oh, man. |
| JOHN: | So.  Okay.  Well, I'm just gonna write today's date up here. |
| ANABEL: | Uh-huh.  Why do you guys have to report this?  This sucks, man! |
| JOHN: | What did you say? |
| ANABEL: | Why do you guys have to report it? |
| JOHN: | Uh, um, I don't know wh-what you're talking about.  Report what? |
| ANABEL: | Cause they said they report everything. |
| JOHN: | Who reports everything? |
| ANABEL: | Supposedly because I told them that . . . ugh, never mind . . . Oh! |
| JOHN: | Okay.  I just, um, my job here, um, like I said out there, is just to talk to boys and girls and teenagers about all kinds of things and, um, and so, I don't, you know.  That's what I do.  So I get to talk to you today, so. |
| ANABEL: | So why do you have a camera right there? |
| JOHN: | Yeah, I was gonna, I actually talk about that, that's a good question.  I do record my times talking to boys and girls and teenagers. |
| ANABEL: | Why? |
| JOHN: | Just cause in case . . . |

1   ANABEL:     It's horrible.

2   JOHN:       What, it's horrible?

3   ANABEL:     Yes.

4   JOHN:       Okay.  What's the reason for that?

5   ANABEL:     Cause, it's just not right.

6   JOHN:       What do you mean?

7   ANABEL:     It's confidential.

8   JOHN:       It is confidential.  And exactly right, and I'm glad you bring that up.

9   ANABEL:     Well, there's so many, like, just who watches it.

10  JOHN:       Yeah, this, uh, what, I record it just for my notes if I need, I need to review it for
11              purposes later.  But it's not like a movie or anything like that, uh, from Blockbuster
12              or anything like that.  It's just for specific purposes, and it's only for people that need
13              to know.  So it is confidential.  You're exactly right.  Any other questions?

14  ANABEL:     No.

15  JOHN:       No?  Those were good questions though.

16  ANABEL:     I hate cameras, man.

17  JOHN:       Okay.  Well, well, I'm just gonna write today's date up here, and, um, it is October
18              6, 2006.  And like I said out there, my name is John, so I'm just gonna write my name
19              so if you happen to forget it you can look up there.  And, uh, could you write your
20              first and last name?

21  ANABEL:     *( )*.

22  JOHN:       Could you write your first and last name, wherever?

23  ANABEL:     Sure.  Where?

24  JOHN:       Wherever you want.

25  ANABEL:     Anywhere?

26  JOHN:       Anywhere.

27  ANABEL:     I write like crap, *( )*.

28  JOHN:       Okay.  What's your name?

| | | |
|---|---|---|
| 1 | ANABEL: | Anabel. |
| 2 | JOHN: | Anabel?  How do you spell that? |
| 3 | ANABEL: | A-N-A-B-E-L. |
| 4 | JOHN: | A-N-A-B-E-L. |
| 5 | ANABEL: | Uh-huh. |
| 6 | JOHN: | And your last name? |
| 7 | ANABEL: | Garza, G-A-R-Z-A. |
| 8 | JOHN: | G-A-R . . . |
| 9 | ANABEL: | . . .Z-A. |
| 10 | JOHN: | . . . Z-A.  Anabel, uh, how old are you today? |
| 11 | ANABEL: | 14. |
| 12 | JOHN: | 14.  When's your birthday? |
| 13 | ANABEL: | October 24th. |
| 14 | JOHN: | October 24th.  What year were you born? |
| 15 | ANABEL: | 91. |
| 16 | JOHN: | 1991.  Alright.  Uh, so are you in school, out of school? |
| 17 | ANABEL: | In school. |
| 18 | JOHN: | Where do you go to school? |
| 19 | ANABEL: | Ventino (sp?) High School. |
| 20 | JOHN: | Ventino High School.  And what grade are you in? |
| 21 | ANABEL: | 10th. |
| 22 | JOHN: | 10th grade? |
| 23 | ANABEL: | Uh-huh. |
| 24 | JOHN: | Alright.  Okay.  Um, you've voiced some concerns about the camera and, uh, the |
| 25 | | recording and things like that.  Do you have any other concerns or worries? |
| 26 | ANABEL: | Not right now. |
| 27 | JOHN: | Not right now.  Well, if, uh, *( )* feel free to let me know *( )*, okay? |
| 28 | ANABEL: | *( )*. |

1   JOHN:       Uh, okay.  Um, and do you have a favorite subject, a favorite teacher at school?

2   ANABEL:     No.

3   JOHN:       No?  Okay.  Are you involved in any activities or any sports . . . at school?

4   ANABEL:     Unh-unh.

5   JOHN:       Was that, what was that, no?

6   ANABEL:     No.

7   JOHN:       No?  Okay.  Um, do you have some friends that you enjoy at school?

8   ANABEL:     Yes.

9   JOHN:       Who are some of your friends?

10  ANABEL:     Betty.

11  JOHN:       Betty.  Any other friends?

12  ANABEL:     I got more, but that's like the only girl I talk to.

13  JOHN:       Betty is the only girl you talk to.  Okay.

14  ANABEL:     Pretty much.

15  JOHN:       What's Betty's last name?

16  ANABEL:     Martinez.

17  JOHN:       Martinez, okay.  Is she in your grade, or a different grade?

18  ANABEL:     Yeah.  Same grade.

19  JOHN:       Okay.  And, uh, do you hang out with Betty outside of school?

20  ANABEL:     Sort of.

21  JOHN:       Sort of.  Okay.  Okay, what kind of things do you do with Betty?

22  ANABEL:     Chill.

23  JOHN:       Chill.  And tell me all about chillin'.

24  ANABEL:     She'll come to my house and watch tv.  That's pretty much it.  We don't go to movies
25              cause my parents are overprotective.

26  JOHN:       You don't go to movies cause are overprotective?

27  ANABEL:     Yeah . . .

28  JOHN:       What do you mean?

| | | |
|---|---|---|
| 1 | ANABEL: | . . . they like, they don't like, they don't, they don't like it when I go out. |
| 2 | JOHN: | Okay.  Have you, is there times that you've gone out and they didn't like it? |
| 3 | ANABEL: | Yeah. |
| 4 | JOHN: | What happens when you go out, and they, uh, don't like it? |
| 5 | ANABEL: | Tsk . . Don't wanna talk about it. |
| 6 | JOHN: | You don't want to talk about it? |
| 7 | ANABEL: | No. |
| 8 | JOHN: | Okay.  Do you hang out with anybody else outside of school? |
| 9 | ANABEL: | My sister. |
| 10 | JOHN: | Your sister? |
| 11 | ANABEL: | Yeah. |
| 12 | JOHN: | Okay.  Does your sister live with you? |
| 13 | ANABEL: | Yeah. |
| 14 | JOHN: | Okay.  And that's just  what we're going to do next is I'm just gonna talk to you about |
| 15 | | who you live with and I'm just gonna keep track by writing their names here real |
| 16 | | quick. *( )*.  So you said you live with your sister? |
| 17 | ANABEL: | Uh-huh. |
| 18 | JOHN: | And what's her name? |
| 19 | ANABEL: | Sandra. |
| 20 | JOHN: | Sandra.  And how old is she? |
| 21 | ANABEL: | 14. |
| 22 | JOHN: | 14.  Alright.  Anybody else live with you? |
| 23 | ANABEL: | My brother. |
| 24 | JOHN: | And what's his name? |
| 25 | ANABEL: | Eduardo.  E-D-U-A-R-D-O. |
| 26 | JOHN: | E-D-U . . . |
| 27 | ANABEL: | A-R-D-O. |
| 28 | JOHN: | . . . A-R-D-O? |

| | | |
|---|---|---|
| 1 | ANABEL: | Uh-huh.  He's 12. |
| 2 | JOHN: | He's 12? |
| 3 | ANABEL: | And younger brother.  Angel. |
| 4 | JOHN: | Angel? |
| 5 | ANABEL: | Uh-huh.  Seven. |
| 6 | JOHN: | Seven?  Anybody else live with you? |
| 7 | ANABEL: | Mom and dad. |
| 8 | JOHN: | Your mom?  What's your mom's name? |
| 9 | ANABEL: | Maria. |
| 10 | JOHN: | Maria.  And how old is she? |
| 11 | ANABEL: | Like 43. |
| 12 | JOHN: | 43.  You said dad? |
| 13 | ANABEL: | Yeah. |
| 14 | JOHN: | And what's his name? |
| 15 | ANABEL: | B-E . . |
| 16 | JOHN: | B-E . . . |
| 17 | ANABEL: | N-A . . . |
| 18 | JOHN: | N-A . . . |
| 19 | ANABEL: | N-C-I-O. |
| 20 | JOHN: | N-C-I-O. |
| 21 | ANABEL: | 39. |
| 22 | JOHN: | *( ).*  How do you pronounce that? |
| 23 | ANABEL: | Benancio. |
| 24 | JOHN: | Benancio?  Okay.  Anybody else live with you? |
| 25 | ANABEL: | No. |
| 26 | JOHN: | No.  Do you have any pets or animals? |
| 27 | ANABEL: | Unh-unh. |
| 28 | JOHN: | No?  Okay.  Do you live in a house, apartment or something else? |

1  ANABEL:      House.

2  JOHN:        A house.  And what city is your house in?

3  ANABEL:      ( ).

4  JOHN:        ( ).  If I, if I repeat something back to you, that's not right or write something up there

5              that's not right, please make that ( ) correction.  Alright.  Do you have your own

6              room, do you share a room?

7  ANABEL:      Own room.

8  JOHN:        Own room?  What about your sister Sandra?  Does she have her own room, share a

9              room?

10 ANABEL:      Her own room.

11 JOHN:        And your brothers?

12 ANABEL:      They share rooms.

13 JOHN:        Your brothers share rooms?  What about your mom?  Does she have her own room,

14             share a room?

15 ANABEL:      Share a room.  Share a room with . . .

16 JOHN:        Share a room?  With?

17 ANABEL:      My dad.

18 JOHN:        Sometimes that air conditioning is kind of loud, so I'm gonna ask you to speak up just

19             enough so I can hear what you have to say.  Okay?

20 ANABEL:      Alright.

21 JOHN:        Okay.  Um, do you have any other family in, living in the area?

22 ANABEL:      Yeah.

23 JOHN:        That you go visit?

24 ANABEL:      Yeah a lot.

25 JOHN:        Who are some of the family members that you go visit?

26 ANABEL:      Aunts, uncles, cousins.  That's pretty much it. ( ).

27 JOHN:        ( ).  And, uh, aunts, uncles, and all those cousins, where do they live?

28 ANABEL:      ( ).  They live everywhere.

| 1 | JOHN: | Okay. |
|---|---|---|
| 2 | ANABEL: | It's a big family. |
| 3 | JOHN: | Okay.  Does anybody come over to your house to visit? |
| 4 | ANABEL: | Yeah.  *( )*. |
| 5 | JOHN: | *( )*.  What kind of things, tell me all the kind of things you do at home. |
| 6 | ANABEL: | Clean. |
| 7 | JOHN: | Clean.  What do you clean? |
| 8 | ANABEL: | The house. |
| 9 | JOHN: | The house?  Okay.  And do you clean by yourself or with someone else or *( )*? |
| 10 | ANABEL: | Everyone cleans. |
| 11 | JOHN: | Everyone cleans?  Okay.  What else do you do at home? |
| 12 | ANABEL: | That's it. |
| 13 | JOHN: | That's it? |
| 14 | ANABEL: | Yeah. |
| 15 | JOHN: | Okay.  Earlier you said you chill sometimes at your house or . . . |
| 16 | ANABEL: | Yeah. |
| 17 | JOHN: | What do you do?  What do you do at your house when you chill? |
| 18 | ANABEL: | Sit down and talk, watch tv. |
| 19 | JOHN: | Okay. |
| 20 | ANABEL: | Pretty much it. |
| 21 | JOHN: | What do you watch on tv? |
| 22 | ANABEL: | Huh? |
| 23 | JOHN: | What kind of shows do you watch on tv? |
| 24 | ANABEL: | Soap operas. |
| 25 | JOHN: | Soap operas? |
| 26 | ANABEL: | In Spanish. |
| 27 | JOHN: | In Spanish?  Okay.  Watch anything else? |
| 28 | ANABEL: | Videos. |
|  | JOHN: | Videos. |

N:\CASES\Gomez-Dominguez\Transcript of Anabel Garza.wpd                                    8

| | | |
|---|---|---|
| 1 | ANABEL: | Music videos. |
| 2 | JOHN: | Okay.  Uh, on a Spanish station or . . . |
| 3 | ANABEL: | Yeah. |
| 4 | JOHN: | English station *( )*?  Okay.  Or both?  Okay.  Um, you said that, uh, Betty comes over |
| 5 | | to your house sometimes?  To chill?  Do you chill with Betty somewhere else |
| 6 | | sometimes? |
| 7 | ANABEL: | No. |
| 8 | JOHN: | No.  You do that at your house?  Okay.  Do you go to Betty's house? |
| 9 | ANABEL: | Only like once. |
| 10 | JOHN: | Only *( )*? |
| 11 | ANABEL: | Yeah. |
| 12 | JOHN: | Okay.  Now earlier you said you sometimes you guys go to movies, you go out and |
| 13 | | go to movies. |
| 14 | ANABEL: | I want to but they won't let me. |
| 15 | JOHN: | You want to but they won't you?  And who doesn't let you? |
| 16 | ANABEL: | My parents. |
| 17 | JOHN: | Your parents.  Okay.  What are the reasons they won't let you? |
| 18 | ANABEL: | Overprotective. |
| 19 | JOHN: | What'd you say? |
| 20 | ANABEL: | They're just overprotective. |
| 21 | JOHN: | Overprotective?  Okay.  Are there times that you've gone out and, uh, and they either |
| 22 | | known about it or not known about it? |
| 23 | ANABEL: | Yeah. |
| 24 | JOHN: | Yeah.  What did you do when you went out? |
| 25 | ANABEL: | In California there was a dance and they invited me and I just wanted to go *( )*. |
| 26 | JOHN: | You said what about California? |
| 27 | ANABEL: | Uh, I use to go to school there and there was, like, a dance, there was a dance.  And |
| 28 | | they invited me and I just went without their permission. |

| | | |
|---|---|---|
| 1 | JOHN: | Okay.  That was in California?  Did you say you were living in California or living |
| 2 | | here? |
| 3 | ANABEL: | I was living in California. |
| 4 | JOHN: | You lived in California.  When did you move here? |
| 5 | ANABEL: | October 25th. |
| 6 | JOHN: | October 25th?  Okay.  Uh, and what year did you move here? |
| 7 | ANABEL: | Last year. |
| 8 | JOHN: | Last year.  Okay.  So you went out without their permission? |
| 9 | ANABEL: | Yeah.  I just told them I would do a project at school or something.  And they would |
| 10 | | later on find out. |
| 11 | JOHN: | Yeah?  What happened when they found out? |
| 12 | ANABEL: | Don't want to talk about it. |
| 13 | JOHN: | Okay. |
| 14 | ANABEL: | I don't like to talk about that stuff. |
| 15 | JOHN: | And what stuff are you talking about? |
| 16 | ANABEL: | Stuff.  It's not right to tell anyone.  It's not . . . I don't know, it's just I don't like to talk |
| 17 | | about it. |
| 18 | JOHN: | Okay.  And, um, you know, I wasn't there, uh, just, like I said, just talk to boys and |
| 19 | | girls and teenagers and all kinds of things and, uh, what's said in here is, just stays in |
| 20 | | here, except for the people who do need to know.  Um, and so, I just want you to |
| 21 | | know that. |
| 22 | ANABEL: | Man, I wish I'd never opened my mouth.  Man. |
| 23 | JOHN: | Wish you would've never opened your mouth? |
| 24 | ANABEL: | I wish I never opened my mouth. |
| 25 | JOHN: | When did you open your mouth? |
| 26 | ANABEL: | Today. |
| 27 | JOHN: | Today? |
| 28 | ANABEL: | Yeah. |
| | JOHN: | Tell me all about that.  What you said today, and how you opened your mouth. |

| | | |
|---|---|---|
| 1 | ANABEL: | Well, I was in my second period class and I was in my child development class.  And |
| 2 | | I just walked in and she knew something was going on so she just called me up.  And |
| 3 | | then she was, she was, I think she knew what was going on cause she said you could |
| 4 | | tell on my face or something like that.  And then I told her and she told the nurse and |
| 5 | | then the nurse told to Miss Farley (sp?) and then it all got reported.  So. |
| 6 | JOHN: | Okay.  So you said you went to your second period class and then, what class was |
| 7 | | that? |
| 8 | ANABEL: | Child development. |
| 9 | JOHN: | Child development.  And you said that she knew something, she could see something |
| 10 | | on your face? |
| 11 | ANABEL: | Yeah, something was going on. |
| 12 | JOHN: | Something was going on.  Who is she? |
| 13 | ANABEL: | Miss Henry. |
| 14 | JOHN: | Miss Henry.  Okay.  And who is Miss Henry? |
| 15 | ANABEL: | My child development teacher. |
| 16 | JOHN: | Okay.  So she teaches that class? |
| 17 | ANABEL: | Uh-huh. |
| 18 | JOHN: | Okay.  And, um, you said she called you up? |
| 19 | ANABEL: | Well, she was just like come here and she wants to know what's wrong.  And, she |
| 20 | | just started guessing what was going on.  And I was like, yeah, you're right. |
| 21 | JOHN: | Okay.  What did she guess?  What was she guessing? |
| 22 | ANABEL: | She was asking are you pregnant, so, I was like I don't know that yet. |
| 23 | JOHN: | You don't know about that yet? |
| 24 | GARZA | Uh-unh. |
| 25 | JOHN: | Did she guess anything else? |
| 26 | ANABEL: | No. |
| 27 | JOHN: | No.  And you said, uh, you're right.  What did you say yeah, you're right to? |
| 28 | ANABEL: | If I'm, if I don't know if I'm pregnant or not. |

1  JOHN:        If what?

2  ANABEL:      If I'm pregnant or not.

3  JOHN:        If you're pregnant or not?

4  ANABEL:      Yeah.

5  JOHN:        Okay.  And, uh, did you say anything else to her?

6  ANABEL:      I just asked her a question.  I asked her if it was, um, right to hit a child.  And then
7               she asked me how.  I'm like spanking or something.  And then she's like, your mom
8               spanked you, huh, and I was like yeah.  And then she's like, can I see the your *( )*
9               bruise.  I was like, yeah.  I showed her the bruise and then she, she told the nurse.
10              And the nurse started reporting *( )*.

11 JOHN:        Okay.  And, um, I'm just gonna repeat that back to you about our time here, what you
12              had to say.  So, just, if I, I just want to make sure I heard correctly what you had to
13              say.  You asked her a question, and what was that question?

14 ANABEL:      Um, oh, if it was right to hit a child.

15 JOHN:        If it's right to hit a child.

16 ANABEL:      Uh-huh.

17 JOHN:        And then what did she say?

18 ANABEL:      And then she was like, um, she's like, she said, um, that it depends how, like how
19              much force was it and stuff.  And then she's like, your mom hit you.  And I was like,
20              yeah.  And then  she's like, what did she hit you with.  And I was like, with a belt.
21              Then, can I see your bruise and I was, like, yeah.  Then I showed her and then, um,
22              she went to the nurse and talker to her and they took me out of class.  And then the
23              nurse started calling the hotline and she started reporting stuff.

24 JOHN:        Okay.

25 ANABEL:      That's pretty much it.

26 JOHN:        Okay.  And, um, so you told her that your mom hit you with a belt?

27 ANABEL:      Yeah.

28 JOHN:        Okay.  And when did that happen?

| | | |
|---|---|---|
| 1 | ANABEL: | A couple of days ago. |
| 2 | JOHN: | A couple days ago? Okay. And, um, you said that you showed your teacher a bruise. |
| 3 | ANABEL: | Yeah. |
| 4 | JOHN: | Okay. Where is the bruise? |
| 5 | ANABEL: | Right here. |
| 6 | JOHN: | What do you call that? |
| 7 | ANABEL: | Huh? |
| 8 | JOHN: | What do you call that part of the body? |
| 9 | ANABEL: | My thigh, I guess. |
| 10 | JOHN: | Your thigh? Okay. And, um, and, uh, what does the bruise look like? |
| 11 | ANABEL: | It's like purple. |
| 12 | JOHN: | Purple. Do you still have it? |
| 13 | ANABEL: | Yeah. |
| 14 | JOHN: | Uh-huh. You have one bruise, more than one bruise? |
| 15 | ANABEL: | Two. |
| 16 | JOHN: | Two. Where is the other one? |
| 17 | ANABEL: | On my leg right here. |
| 18 | JOHN: | On your leg. And what is that from? |
| 19 | ANABEL: | Huh? |
| 20 | JOHN: | What is the one on your leg from? |
| 21 | ANABEL: | The same thing. |
| 22 | JOHN: | The same thing. Okay. Did you show her that one? |
| 23 | ANABEL: | Who? |
| 24 | JOHN: | The teacher. |
| 25 | ANABEL: | Yeah. Um, I showed the nurse. |
| 26 | JOHN: | You showed the nurse? Okay. And, um, so they pulled you out of class and you |
| 27 | | went to down to the nurse. What did the nurse do? |
| 28 | ANABEL: | They just called the counselor, they just called the counselor, she talked to me. Um, |

| | | |
|---|---|---|
| 1 | | she called the hotline, and Officer Barem (sp?), they took pictures. And, that's pretty |
| 2 | | much it. They just, *( )* she reported it and stuff and that's pretty much what happened. |
| 3 | JOHN: | And, uh, did you say anything to the nurse or the counselor? |
| 4 | ANABEL: | About? |
| 5 | JOHN: | About the bruises or, about what you told the teacher? |
| 6 | ANABEL: | No. |
| 7 | JOHN: | What did you say? |
| 8 | ANABEL: | No. |
| 9 | JOHN: | No, okay. Um, okay. So you said your mom hit you with a belt. What did the belt |
| 10 | | look. |
| 11 | ANABEL: | Uh-huh. |
| 12 | JOHN: | What did the belt look like that your mom used? |
| 13 | ANABEL: | Can't even remember. |
| 14 | JOHN: | Okay. Well, tell me, um, tell me all about, you know, the time that your mom hit you |
| 15 | | with the belt and how that happened. |
| 16 | ANABEL: | She was pissed off. |
| 17 | JOHN: | She was pissed off? Okay. Tell me all about why she was pissed off. |
| 18 | ANABEL: | Cause I just went with Betty cause I missed the bus. I just went with Betty walking |
| 19 | | to the store. And then I guess she was mad cause, because of that. And I told her |
| 20 | | that was not a reason. But she said she didn't care. |
| 21 | JOHN: | Okay. So you went to, went with Betty to the store? |
| 22 | ANABEL: | My mother's friend, they have a business. And we started walking and *( )* she just |
| 23 | | picked me up. Yeah. |
| 24 | JOHN: | Who picked you up? |
| 25 | ANABEL: | My mom. |
| 26 | JOHN: | Your mom? Where did she pick you up from? |
| 27 | ANABEL: | She left the house and then she went and picked me up at Betty's store. |
| 28 | JOHN: | And then how did your mom find out that you were at Betty's store? |

1   ANABEL:     Because, uh, my sister was calling Betty.

2   JOHN:       So your sister was calling Betty.   And then, and what happened, was *( )* when your

3               mom picked you up?

4   ANABEL:     She was very crazy.  She was driving crazy.

5   JOHN:       Driving crazy?

6   ANABEL:     Yeah.  *( ).*

7   JOHN:       What do you mean driving crazy?

8   ANABEL:     Like, fast like if she wanted to crash.

9   JOHN:       Like she wanted to crash.  Was she saying anything to you when she picked you up

10              or . . .?

11  ANABEL:     Avoiding me.

12  JOHN:       Did you say anything to her when she picked you up?

13  ANABEL:     No.

14  JOHN:       What about, did she say anything to you on the car ride home?

15  ANABEL:     I don't remember.

16  JOHN:       Did you say anything to her?

17  ANABEL:     Uh-unh.

18  JOHN:       No.  And then, uh, what was the next thing that happened when you got home?

19  ANABEL:     She spanked me.

20  JOHN:       She spanked you?  And, uh, where did that happen?

21  ANABEL:     In the living room.

22  JOHN:       Yeah, was there anybody else around?

23  ANABEL:     Yeah.

24  JOHN:       Who was, who was around?

25  ANABEL:     My sister and my brother.  My *( ).*

26  JOHN:       Were they in the living room or someplace else?

27  ANABEL:     *( ).*  My sister was in the kitchen.

28  JOHN:       Your sister was in the kitchen.  Okay.  And, uh, you said she used a belt to spank you?

| | | |
|---|---|---|
| 1 | ANABEL: | Yeah. |
| 2 | JOHN: | Okay.  Where did she get the belt from? |
| 3 | ANABEL: | I don't know, *( )* in the closet, I guess. |
| 4 | JOHN: | In the closet.  Okay.  And, uh, when she spanked you with the belt, was she, were you |
| 5 | | standing up, sitting down or something, no? |
| 6 | ANABEL: | *( ).*  In the Hispanic culture you're suppose to be on your knees. |
| 7 | JOHN: | Okay. |
| 8 | ANABEL: | So I was on my knees. |
| 9 | JOHN: | Okay.  So, in the Hispanic culture you get on your knees when you get a spanking? |
| 10 | | Is that what you're saying? |
| 11 | ANABEL: | Yeah. |
| 12 | JOHN: | So you were on your knees. |
| 13 | ANABEL: | Uh-huh. |
| 14 | JOHN: | Where were your arms, or your hands? |
| 15 | ANABEL: | Just by my sides. |
| 16 | JOHN: | Just by your sides.  Okay.  And was your mom standing up, sitting down or |
| 17 | | something? |
| 18 | ANABEL: | No.  She was standing up. |
| 19 | JOHN: | She was standing up.  Okay.  And, uh, how thick was the belt? |
| 20 | ANABEL: | I don't have a clue. |
| 21 | JOHN: | Okay.  What was the belt made out of? |
| 22 | ANABEL: | I don't know. |
| 23 | JOHN: | Okay.  And what part of the belt *( )*? |
| 24 | ANABEL: | I don't know what you call that part.  It was not where you, it was not the metal part. |
| 25 | JOHN: | It wasn't the metal part. |
| 26 | ANABEL: | It was like the part where you have the holes and stuff. |
| 27 | JOHN: | Okay.  So you said it wasn't, it was not the metal part? |
| 28 | ANABEL: | No. |

| | | |
|---|---|---|
| 1 | JOHN: | It was the other part where you have the holes and stuff?  Okay.  And, um, did she |
| 2 | | spank you on your skin, your clothes or something else? |
| 3 | ANABEL: | On my clothes. |
| 4 | JOHN: | On your clothes.  How many times did she spank you? |
| 5 | ANABEL: | Maybe two or three. |
| 6 | JOHN: | Two or three?  And how did that feel? |
| 7 | ANABEL: | It burned. |
| 8 | JOHN: | It burned. Did she say anything to you when she spanked you? |
| 9 | ANABEL: | No.  Not that I remember. |
| 10 | JOHN: | Did you say anything to her? |
| 11 | ANABEL: | No, I was just mad. |
| 12 | JOHN: | Just mad.  What were you mad about? |
| 13 | ANABEL: | Because she spanked me for no reason. |
| 14 | JOHN: | Okay. |
| 15 | ANABEL: | And I just grabbed my stuff and I went to my room.  And then later on she was like, |
| 16 | | oh, you wanna go to the mall?  And I was like no. |
| 17 | JOHN: | *( ).* |
| 18 | ANABEL: | To the mall. |
| 19 | JOHN: | Go to the mall? |
| 20 | ANABEL: | Yeah.  I'm like . . . she was crying all the time because she felt bad for what she did. |
| 21 | | And she wanted me to forgive her and stuff. |
| 22 | JOHN: | So she was crying because she felt bad? |
| 23 | ANABEL: | Yeah. |
| 24 | JOHN: | *( ).* |
| 25 | ANABEL: | She didn't want to do it, she said she was never gonna hit me again. |
| 26 | JOHN: | Okay.  And when did she say that? |
| 27 | ANABEL: | A couple days ago. |
| 28 | JOHN: | On the same day that she spanked you or a different day? |

N:\CASES\Gomez-Dominguez\Transcript of Anabel Garza.wpd                                    17

1  ANABEL:     No.  Same day.

2  JOHN:       Same day.  After she spanked you or before?

3  ANABEL:     It was like after, like probably two or three hours after.

4  JOHN:       Two or three hours after?

5  ANABEL:     Yeah, cause after she spanked me she went into her room.  And my little brother saw
6              her crying.  Because she felt bad for what she did.  And then she went into my room
7              and she said she was sorry.  That she was never gonna do it again.  To forgive her.
8              That's pretty much it.

9  JOHN:       Did you say anything to her at that point?

10 ANABEL:     I was like, man, I just don't wanna talk to you right now.

11 JOHN:       Okay.  Um, so you said your brother and sister were at home?

12 ANABEL:     Yeah.

13 JOHN:       When you got spanked?

14 ANABEL:     Uh-huh.

15 JOHN:       Where was your dad?

16 ANABEL:     At work.

17 JOHN:       At work.  Okay.  And, uh, so that was a couple days ago?

18 ANABEL:     Yeah.

19 JOHN:       Okay.  And, uh, what was bothering you today?

20 ANABEL:     Huh?

21 JOHN:       You said that you ( ) into class today.

22 ANABEL:     Oh, the whole pregnant stuff.

23 JOHN:       The pregnant stuff?

24 ANABEL:     Yeah.

25 JOHN:       Okay.  And, uh . . . and, so, ( ) that you might be pregnant?

26 ANABEL:     I don't know.

27 JOHN:       You don't know.

28 ANABEL:     I gotta wait and then go do a test.

| | | |
|---|---|---|
| 1 | JOHN: | *( )* test? |
| 2 | ANABEL: | Uh-huh. |
| 3 | JOHN: | And, uh, *( )* might you think you're pregnant? |
| 4 | ANABEL: | I don't know. I'm just worried because . . . because he's older than me. And I don't |
| 5 | | want him to go to jail because it just happened. We weren't even thinking about it. |
| 6 | | He didn't pressure me, I didn't pressure him, it just happened. |
| 7 | JOHN: | Okay. And, uh, you, you said that it just happened. What happened? |
| 8 | ANABEL: | Well, we had sex. |
| 9 | JOHN: | You had sex. |
| 10 | ANABEL: | Uh-huh. Oh, this is so embarrassing. Oh my God! |
| 11 | JOHN: | Okay. But just to let you know, you have nothing to be embarrassed, talking about |
| 12 | | things and, uh, . . . |
| 13 | ANABEL: | Because you're use to it. |
| 14 | JOHN: | Okay. I'm just letting you know you can talk about anything *( )*. |
| 15 | ANABEL: | Well, I don't know if he's going to get arrested because it just happened. It wasn't his |
| 16 | | fault. It was my fault. If it would've been somebody's fault, it was both of ours |
| 17 | | because it just happened. |
| 18 | JOHN: | Okay. And, um, is that a concern of yours? |
| 19 | ANABEL: | Yeah. |
| 20 | JOHN: | That he might be arrested. Okay. And I, um, I don't know that, but I can direct you |
| 21 | | to somebody that can answer that or you can ask that question to . . . |
| 22 | ANABEL: | No, I'll just leave it like that. |
| 23 | JOHN: | Okay. And so it just happened. When did it just happen? |
| 24 | ANABEL: | Uh, I don't remember. |
| 25 | JOHN: | You don't remember. |
| 26 | ANABEL: | But the last time was yesterday. |
| 27 | JOHN: | The last time was yesterday? |
| 28 | ANABEL: | Uh-huh. |

| | | |
|---|---|---|
| 1 | JOHN: | Okay.  And, um, and who, and who did you, who did it just happen with? |
| 2 | ANABEL: | My boyfriend. |
| 3 | JOHN: | What's your boyfriend's name? |
| 4 | ANABEL: | Luis. |
| 5 | JOHN: | Luis.  Okay.  And, uh, what's his last name? |
| 6 | ANABEL: | Gomez. |
| 7 | JOHN: | Luis Gomez?  Okay.  How long have you been boyfriend and girlfriend. |
| 8 | ANABEL: | Like, for a while.  A month. |
| 9 | JOHN: | Uh-huh.  Okay.  Tell me about all about how you met him and . . . |
| 10 | ANABEL: | Well, cause one of my good friends passed away, on the 16th, of September.  And, |
| 11 | | um, before, before he died, um, we got to know each other because of him, you |
| 12 | | know, so, *( )* and stuff.  And we, we just got to know each other.  He asked me out |
| 13 | | and I *( )* like sure.  And he started telling me he wanted to let my parents, my parents |
| 14 | | know that I was with him because he didn't want any problems.  And I was like, I |
| 15 | | can't do that because then they're gonna freak out.  He's like, you need to tell 'em. |
| 16 | | You need to tell 'em, I'm gonna tell 'em one of these days.  I'm like, go for it, I'm just |
| 17 | | like telling you why I don't want to tell 'em.  He was like, you never talk to them. |
| 18 | | Because you can't, we just be together keeping it a secret.  I was like, you're right |
| 19 | | about that.  *( )*. |
| 20 | JOHN: | Did, uh, either one of you talk to your parents? |
| 21 | ANABEL: | After. |
| 22 | JOHN: | After what? |
| 23 | ANABEL: | After my mom found out.  My brother went . . . and she told me, why didn't you tell |
| 24 | | me?  Like, cause I didn't want you to freak out. |
| 25 | JOHN: | And, um, you said your mom found out after *( )*? |
| 26 | ANABEL: | Cause I was talking to Betty on the phone and, I don't know, she wanted to make a |
| 27 | | phone call or something.  She got on the phone and she heard everything. |
| 28 | JOHN: | And what did she hear? |

| | | |
|---|---|---|
| 1 | ANABEL: | That he was older.  And, um, that we had sex and that, *( )*, that's pretty much it from |
| 2 | | what I'm telling you.  And she heard it.  Yeah.  Then she came to my room and talked |
| 3 | | to me. |
| 4 | JOHN: | Okay.  And what did she say when she came to your room? |
| 5 | ANABEL: | She didn't say hi, cause, um, we didn't say hi to each other.  *( )*.  I was at my house. |
| 6 | | Me, my brother, my little one and my sister, I was in my room.  My mom got home, |
| 7 | | um, Betty called, and, I don't know, I guess she, she didn't hear the phone or |
| 8 | | something, oh, cause I had the ringer off.  And she just picked up the phone and |
| 9 | | heard everything.  She didn't even say hi, she just came in my room and started |
| 10 | | talking to me. |
| 11 | JOHN: | Okay.  And what did, what exactly did she say when she walked into your room? |
| 12 | ANABEL: | I was like, hey, mom.  She closed the door and she turned on the light and she just |
| 13 | | started talking.  She's like, I can't believe you, you did that.  And, yeah. |
| 14 | JOHN: | And what was she talking about? |
| 15 | ANABEL: | She's like, I don't know if you come out pregnant, I don't know, I don't know what |
| 16 | | you're gonna do.  And you're just too young to be a mother.  And she said that, that |
| 17 | | . . . she was just crying, she was frustrated, she didn't know what to do to me.  The |
| 18 | | bad thing is that my dad doesn't know. |
| 19 | JOHN: | Bad thing your doesn't know . . .? |
| 20 | ANABEL: | He doesn't know what's going on.  He doesn't know nothin'. |
| 21 | JOHN: | And when did your mom pick up the phone, and, and then walked into your room *( )*? |
| 22 | ANABEL: | Yesterday. |
| 23 | JOHN: | It was yesterday?  Okay.  And, um, okay.  And that was, yesterday was the first time |
| 24 | | she heard about your being with Luis? |
| 25 | ANABEL: | Yeah. |
| 26 | JOHN: | Is that what you said? |
| 27 | ANABEL: | Yeah. |
| 28 | JOHN: | Okay.  And old is Luis? |

| | | |
|---|---|---|
| 1 | ANABEL: | Eighteen. |
| 2 | JOHN: | Eighteen? |
| 3 | ANABEL: | Yeah.  Is that bad? |
| 4 | JOHN: | What? |
| 5 | ANABEL: | Is that bad? |
| 6 | JOHN: | Uh, I'm just asking what his age was. |
| 7 | ANABEL: | But is it bad, could he go to jail for that? |
| 8 | JOHN: | You know, that's not my decision *( )*. |
| 9 | ANABEL: | Well, what do you think?  That's what I'm trying to ask you.  What do you think? |
| 10 | JOHN: | Well, I just get to talk to you today, and so, um, I'm just getting the details and |
| 11 | | understanding what was going on for you, um, and, then but I can direct you to |
| 12 | | someone that might be able to answer that better than I can. |
| 13 | ANABEL: | *( )*. |
| 14 | JOHN: | Um, and so you were talking to Betty on the phone when your mom heard it. |
| 15 | ANABEL: | Uh-huh. |
| 16 | JOHN: | She came into your mom.  What was her attitude when she walked into your room? |
| 17 | ANABEL: | She was shocked.  She was, she couldn't talk.  She was shocked, she was, she was |
| 18 | | just crying. |
| 19 | JOHN: | Okay.  She was crying? |
| 20 | ANABEL: | Yeah. |
| 21 | JOHN: | And shocked?  Okay.  And so you said the last time you had sex with, with Luis was |
| 22 | | . . . |
| 23 | ANABEL: | Yesterday. |
| 24 | JOHN: | . . . yesterday?  Okay.  And, um, was it in the morning or afternoon or something *( )*. |
| 25 | ANABEL: | It was like around 11? |
| 26 | JOHN: | 11 a.m., p.m.? |
| 27 | ANABEL: | A.m. |
| 28 | JOHN: | What? |

1  ANABEL:    A.m.

2  JOHN:      A.m.  Okay.  And, now, where were you when you had sex?

3  ANABEL:    Home.  Cause I couldn't walk cause my legs were hurting cause my mom really

4             spanked me hard.  Couldn't feel my legs.  And I just hurting while walking.

5  JOHN:      You said your legs were hurting because your spanked you?

6  ANABEL:    Yeah.

7  JOHN:      And you couldn't walk and so you went home?

8  ANABEL:    Yeah, and I just wanted to talk to him and said if he could, if he could come over

9             cause I needed to talk.  It just happened.

10 JOHN:      Okay.  So he came over cause you called him?

11 ANABEL:    Yeah, I called him.

12 JOHN:      Okay.

13 ANABEL:    Cause I needed to talk to him.  He's like I'll be there right now.  And he came in *( )*

14            and it just happened.

15 JOHN:      And, um, I'm not trying to make it more difficult for you.  It's just important for me

16            to understand what you mean, the different words, because teenagers and kids have

17            different words for . . .

18 ANABEL:    Uh-huh.

19 JOHN:      . . . different things.  So what do you mean when you say you had sex?

20 ANABEL:    We had sex.  It just happened, *( )*, we just did.

21 JOHN:      Okay.  And, specifically what do you mean when you say you had sex?

22 ANABEL:    What do you mean?

23 JOHN:      Um, people may have different meanings for what is sex, and I just wanted to know

24            what, I'm just curious what you mean by . . .

25 ANABEL:    Sex, sex.

26 JOHN:      Okay.  And what is that?

27 ANABEL:    Oh my God!  Are you serious?  I'm like gonna totally freak out.  Um, I'm leaving.

28 JOHN:      I think I know what you mean, but just for me to fully understand what you mean,

| 1 | | um, that's why I'm asking, but, so if you could help me understand what you mean by |
| 2 | | sex. |
| 3 | ANABEL: | *( ).* |
| 4 | JOHN: | Um, how did, how did you and Luis have sex? |
| 5 | ANABEL: | Well, on my bed. |
| 6 | JOHN: | Okay, okay.   And what happened when you were having sex on your bed? |
| 7 | ANABEL: | It just happened.  Oh my God.  It just happened. |
| 8 | JOHN: | Okay.  And what happened? |
| 9 | ANABEL: | We had sex. |
| 10 | JOHN: | Okay.  Um, so you were on your bed, where's Luis? |
| 11 | ANABEL: | He was on me. |
| 12 | JOHN: | He was on you? |
| 13 | ANABEL: | Yeah. |
| 14 | JOHN: | Okay.  And, um, and, uh, what were you wearing when you were on your bed having |
| 15 | | sex? |
| 16 | ANABEL: | Everything went off. |
| 17 | JOHN: | What did you say? |
| 18 | ANABEL: | Everything went off. |
| 19 | JOHN: | Everything went off?  Okay.  What do you mean? |
| 20 | ANABEL: | No clothes. |
| 21 | JOHN: | No clothes.  Okay.  Where were your clothes? |
| 22 | ANABEL: | They were on then they went off. |
| 23 | JOHN: | Okay.  How did they come off? |
| 24 | ANABEL: | *( )* off.  Oh my God!  John!  Can I go home? |
| 25 | JOHN: | Yeah, yeah, um, you will.  I just have a few more questions for you. |
| 26 | ANABEL: | More? |
| 27 | JOHN: | Uh-huh.  Just a few more. |
| 28 | ANABEL: | Oh my God. |

N:\CASES\Gomez-Dominguez\Transcript of Anabel Garza.wpd                                                                24

| | | |
|---|---|---|
| 1 | JOHN: | Just so that I understand because I wasn't there and so I'm just, um, trying to |
| 2 | | understand, uh, what happened. |
| 3 | ANABEL: | Honestly, I don't want nothin' to happen.  I don't want *( )* to go to jail.  I don't want |
| 4 | | nothin' to happen.  I just want help.  I'm just trying to ask for help.  Tell me what |
| 5 | | should I do step-by-step. |
| 6 | JOHN: | Yeah, and I don't have those answers for you.  I'm not the best person to give you |
| 7 | | those step-by-step, uh, answers, but I can also direct you to that person afterwards, |
| 8 | | after we're done here that may be able to help you with that.  We have some people |
| 9 | | here who would be able to do that.  And would like to *( )*. |
| 10 | ANABEL: | Right. |
| 11 | JOHN: | Is that okay? |
| 12 | ANABEL: | Yeah. |
| 13 | JOHN: | Okay.  And by you asking for help and *( )*, I can actually be able to direct you to the |
| 14 | | . . . |
| 15 | ANABEL: | Cause I don't want nothin' to get reported just for a dumb thing that happened.  I'm |
| 16 | | just asking for help. |
| 17 | JOHN: | Okay. |
| 18 | ANABEL: | I just want somebody to tell me what to do. |
| 19 | JOHN: | Okay.  Well, thanks for letting me know that.  And, like I said, *( )* someone who can |
| 20 | | definitely help you with that. |
| 21 | ANABEL: | Alright. |
| 22 | JOHN: | Alright?  Um, any other concerns or . . .? |
| 23 | ANABEL: | No. |
| 24 | JOHN: | Anything that's bothering you? |
| 25 | ANABEL: | The questions. |
| 26 | JOHN: | The questions? |
| 27 | ANABEL: | Yeah. |
| 28 | JOHN: | Yeah. |

| | | |
|---|---|---|
| 1 | ANABEL: | Too many questions. |
| 2 | JOHN: | Okay.  Um, and like I said, you know, I'm not trying to make it hard for you, or |
| 3 | | difficult, it's just important for me to get the details and to understand the details. |
| 4 | ANABEL: | What are you going to do? |
| 5 | JOHN: | What? |
| 6 | ANABEL: | What are you going to do? |
| 7 | JOHN: | I won't do anything . . . |
| 8 | ANABEL: | With the details and all this information that I'm giving you. |
| 9 | JOHN: | It's just to better help you and to support you, um, better. |
| 10 | ANABEL: | You're a counselor, aren't you? |
| 11 | JOHN: | Um, no, I just talk to kids.  That's my job. |
| 12 | ANABEL: | ( ).  ( ). |
| 13 | JOHN: | So it's just important, um, to make sure everything's okay and to better, um, help you. |
| 14 | ANABEL: | Alright. |
| 15 | JOHN: | Would you like ( )? |
| 16 | ANABEL: | So why do you have to write that down? |
| 17 | JOHN: | Write what down? |
| 18 | ANABEL: | Notes. |
| 19 | JOHN: | Oh, just so that I can keep, you know, sometimes I get confused or, uh, sometimes |
| 20 | | just to make sure I have different people's names down, so I can, just so I can look |
| 21 | | back to it if I need to. |
| 22 | ANABEL: | ( ). |
| 23 | JOHN: | Those are good questions.  Anything else? |
| 24 | ANABEL: | Uh-unh. |
| 25 | JOHN: | No?  Okay.  So ( ) talking about you and Luis having sex, and trying to understand |
| 26 | | what you mean by that.  What do you mean by you and Luis had sex? |
| 27 | ANABEL: | I just explained to you.  Our ( ) feel more confident if there were a girl here. |
| 28 | JOHN: | Okay. |

| | | |
|---|---|---|
| 1 | ANABEL: | Cause it's hard for *( )*, for a girl to explain to a guy. |
| 2 | JOHN: | Okay. *( )* I talk to boys and girls and teenagers about all kinds of things, and, uh, |
| 3 | | female teenagers, male teenagers about all kinds of things, so . . . Um, one thing that, |
| 4 | | uh, I have, that maybe help, I don't know, and if you ch-cho-choose to do that, and |
| 5 | | not, but I have a picture of a boy and a girl and they both have, uh, body parts and |
| 6 | | they have their clothes on. Um, would that help you explain what you mean by sex? |
| 7 | ANABEL: | I guess. |
| 8 | JOHN: | Okay. So I'm just gonna *( )* up here and then, um, you can use them to explain or |
| 9 | | point or write, um, what you mean by when you say you and Luis had sex. I'm gonna |
| 10 | | hand you the marker and you can let me know what you mean by sex. |
| 11 | ANABEL: | No. |
| 12 | JOHN: | No? |
| 13 | ANABEL: | Unh-unh. |
| 14 | JOHN: | Okay. What do you mean no? |
| 15 | ANABEL: | I mean no. It's just funny. |
| 16 | JOHN: | Okay. |
| 17 | ANABEL: | It's weird. |
| 18 | JOHN: | Okay. And you don't have to use these, it's just some way, uh, may help me |
| 19 | | understand what you mean by sex. |
| 20 | ANABEL: | What do you want me to do with it? |
| 21 | JOHN: | Um, well you said you had your clothes off. You, um, then you had your clothes off? |
| 22 | ANABEL: | Yeah. |
| 23 | JOHN: | Okay. Did Luis have clothes on or off or something? |
| 24 | ANABEL: | Off. |
| 25 | JOHN: | Okay. Okay. And then, uh, what was he doing? |
| 26 | ANABEL: | I don't remember. Oh, man! |
| 27 | JOHN: | And, uh, just to let you know, I'm not in a hurry so you can take your time and think |
| 28 | | and see what you remember. |

N:\CASES\Gomez-Dominguez\Transcript of Anabel Garza.wpd                    27

| | | |
|---|---|---|
| 1 | ANABEL: | It's okay.  I just wanna go home. |
| 2 | JOHN: | Okay. |
| 3 | ANABEL: | I have practice at five and *( )*. |
| 4 | JOHN: | You got what at five? |
| 5 | ANABEL: | Practice. |
| 6 | JOHN: | Practice for what? |
| 7 | ANABEL: | Cause my parents are doing a big, big party for me and my sister cause we're turning |
| 8 | | fifteen.  And we're doing like this big dress and the whole family's gonna be there for |
| 9 | | it and so, just  gonna have food. |
| 10 | JOHN: | Okay.  So for your, for your fifteenth birthday? |
| 11 | ANABEL: | Uh-huh. |
| 12 | JOHN: | Okay. |
| 13 | ANABEL: | You know what a quinceañera is? |
| 14 | JOHN: | I've heard about it. |
| 15 | ANABEL: | Yeah, it's like, when supposably [sic] a fourteen year old girl is turning into a woman. |
| 16 | JOHN: | Okay.  Okay.  So, um, so wh-what are your *( )* think you might be pregnant but you're |
| 17 | | not sure yet? |
| 18 | ANABEL: | *( )*. |
| 19 | JOHN: | Okay.  And, uh, why might you think you are pregnant? |
| 20 | ANABEL: | Because his sperm went in me |
| 21 | JOHN: | His sperm went on you? |
| 22 | ANABEL: | Yeah. |
| 23 | JOHN: | Okay.  And where did the sperm go in? |
| 24 | ANABEL: | Inside. |
| 25 | JOHN: | Inside of what? |
| 26 | ANABEL: | Inside of me. |
| 27 | JOHN: | Inside of you?  Okay.  And, um . . . |
| 28 | ANABEL: | I need to go do a test. |

| | | |
|---|---|---|
| 1 | JOHN: | What's that? |
| 2 | ANABEL: | I need to go do a test. |
| 3 | JOHN: | Do a test.  Okay.  And what, what part of your body did, um, his sperm go inside? |
| 4 | ANABEL: | Vagina. |
| 5 | JOHN: | Vagina.  Okay.  And can you circle what you call a vagina? |
| 6 | ANABEL: | *( )* don't know *( )* vagina. |
| 7 | JOHN: | You don't know what you call a vagina. |
| 8 | ANABEL: | I just know that he went on me. |
| 9 | JOHN: | He went on you? |
| 10 | ANABEL: | Yeah. |
| 11 | JOHN: | Okay.  And, um, you said on you, and you said inside you. |
| 12 | ANABEL: | Right.  Inside me. |
| 13 | JOHN: | Inside. |
| 14 | ANABEL: | Yeah. |
| 15 | JOHN: | Okay.  Inside your?  You said inside your vagina? |
| 16 | ANABEL: | Uh-huh. |
| 17 | JOHN: | Okay.  And how did his sperm get inside your vagina? |
| 18 | ANABEL: | I don't know.  I don't know.  It's a guy thing, how am I suppose to know. |
| 19 | JOHN: | Okay.  And where did the sperm come from? |
| 20 | ANABEL: | From his thingamabobber. |
| 21 | JOHN: | His thingamabobber? |
| 22 | ANABEL: | Yeah. |
| 23 | JOHN: | Okay.  What . . and, uh, what do you mean by thingamabobber? |
| 24 | ANABEL: | Oh my God.  I don't know.  I don't know. |
| 25 | JOHN: | Okay.  Uh, where is his thingamabobber? |
| 26 | ANABEL: | Downtown. |
| 27 | JOHN: | Downtown? |
| 28 | ANABEL: | Yeah. |

1   JOHN:       Okay. Which downtown is it?

2   ANABEL:     How am I suppose to explain? I don't know how to explain.

3   JOHN:       Okay. Well, um, you said that sperm was inside, it went inside your vagina.

4   ANABEL:     Uh-huh.

5   JOHN:       And his thingamabobber?

6   ANABEL:     Why do you have to repeat the same word?

7   JOHN:       Bec-, I just, cause that's the word you use and I just wanna make sure that I'm using

8               the right language that you use.

9   ANABEL:     ( ). What are you trying to say? ( ) what do you think I'm trying to say?

10  JOHN:       Uh, I'm not quite sure cause you used the word thingamabobber so I'm just trying to

11              understand what you mean by thingamabobber.

12  ANABEL:     Oh my God. Can I just go home? I just wanna go home. I-I have stuff to do.

13  JOHN:       Okay. Yeah, we'll be done in just a, just a little bit and you can go home.

14  ANABEL:     What do you call a little bit?

15  JOHN:       What?

16  ANABEL:     What do you call a little bit?

17  JOHN:       Um, well, I just have a few more questions for you and then what I'll do in just a little

18              bit is I'll step out, check my notes and see if I have any other questions for you. And

19              at that point then I'll step back in and, uh, ask those if I do. So . . .

20  ANABEL:     Alright.

21  JOHN:       So, um, you said his sperm came from his thingamabobber?

22  ANABEL:     Yes. I don't like that word cause it's dumb!

23  JOHN:       What word would you like to use?

24  ANABEL:     I don't know.

25  JOHN:       We can use any word in here for all kinds of things. And all kinds of words.

26  ANABEL:     Ugh, just forget it.

27  JOHN:       Okay. Do these pictures have a thingamabobber or vagina?

28  ANABEL:     Oh my God. Yes.

| | | |
|---|---|---|
| 1 | JOHN: | Okay. Which one has the thingamabobber and which one has the vagina? |
| 2 | ANABEL: | That one and that one. |
| 3 | JOHN: | Okay. What does this, what does this one have? |
| 4 | ANABEL: | Thinagamabobber. |
| 5 | JOHN: | And where is the thinagamabobber? |
| 6 | ANABEL: | It's downtown. |
| 7 | JOHN: | Downtown. Can you point to it? |
| 8 | ANABEL: | Right there. |
| 9 | JOHN: | Can you circle it so I can make sure I know what you mean by a thinagamabobber? |
| 10 | ANABEL: | Right there. |
| 11 | JOHN: | Okay. I'll write thinagamabobber? |
| 12 | ANABEL: | Yes. |
| 13 | JOHN: | Alright. |
| 14 | ANABEL: | Oh my God, Silly Rabbit. |
| 15 | JOHN: | Okay. And then, uh, you said this one had something too. What does this have? |
| 16 | ANABEL: | I don't know, ( ). |
| 17 | JOHN: | Okay. You said sperm came from his thinagamabobber? |
| 18 | ANABEL: | Uh-huh. |
| 19 | JOHN: | And then it went inside your vagina, is what you said. |
| 20 | ANABEL: | Uh-huh. |
| 21 | JOHN: | Okay. Does, uh, this person or this person have a vagina? |
| 22 | ANABEL: | Yeah, but you can't see it. |
| 23 | JOHN: | But you can't see it? Can you circle where the vagina is? |
| 24 | ANABEL: | Like right there. |
| 25 | JOHN: | Okay. So you call it a vagina? |
| 26 | ANABEL: | Oh God. |
| 27 | JOHN: | And how did, um, the sperm get from his thingamabobber to your vagina? |
| 28 | ANABEL: | I don't know. |

| | | |
|---|---|---|
| 1 | JOHN: | Okay.  Um, did this thingamobobber touch any . . . |
| 2 | ANABEL: | No. |
| 3 | JOHN: | . . . tough any other part besides your vagina? |
| 4 | ANABEL: | Unh-unh. |
| 5 | JOHN: | Did sperm go anywhere else besides your vagina? |
| 6 | ANABEL: | My bed. |
| 7 | JOHN: | Your bed? |
| 8 | ANABEL: | Uh-huh. |
| 9 | JOHN: | How did it go on your bed? |
| 10 | ANABEL: | I don't know. |
| 11 | JOHN: | Okay.  And is that what you mean when you say sex? |
| 12 | ANABEL: | Yes. |
| 13 | JOHN: | Okay.  So the thingamabobber, um, gets on a vag-inside a vagina? |
| 14 | ANABEL: | Yeah. |
| 15 | JOHN: | Okay.  Has that happened once or more than once? |
| 16 | ANABEL: | Not once. |
| 17 | JOHN: | *( )*, okay. |
| 18 | ANABEL: | Lost count. |
| 19 | JOHN: | Lost count. Okay.  And is that, uh, when you, um, had sex, did you all use protection |
| 20 | | or not use protection? |
| 21 | ANABEL: | No protection. |
| 22 | JOHN: | No protection? |
| 23 | ANABEL: | Unh-unh. |
| 24 | JOHN: | Okay.  Um, so you said you've been together about a month. |
| 25 | ANABEL: | Yeah. |
| 26 | JOHN: | Okay.  And when, um, do you, does he, did he know your age when you . . .? |
| 27 | ANABEL: | Yeah. |
| 28 | JOHN: | How do you know that? |

| 1 | ANABEL: | When I told him, he was scared. |
|---|---------|--------------------------------|
| 2 | JOHN: | He was scared? |
| 3 | ANABEL: | Yeah. |
| 4 | JOHN: | When did he ask you about your age? |
| 5 | ANABEL: | *( )*. Yeah. |
| 6 | JOHN: | Okay. And, uh, did you know his age? |
| 7 | ANABEL: | Yeah. |
| 8 | JOHN: | How did you know his age? |
| 9 | ANABEL: | My *( )* told me. |
| 10 | JOHN: | Your friend told you? |
| 11 | ANABEL: | Yeah. |
| 12 | JOHN: | Okay. And, uh, has he told you his age? |
| 13 | ANABEL: | *( )*. |
| 14 | JOHN: | Okay. Has this happened to you by anybody else, or . . .? |
| 15 | ANABEL: | Huh? |
| 16 | JOHN: | Have you had sex with anybody else? Or . . . |
| 17 | ANABEL: | No. |
| 18 | JOHN: | Or, uh, anything like this happened? |
| 19 | ANABEL: | *( )*. |
| 20 | JOHN: | And you said the last time this happened was yesterday? |
| 21 | ANABEL: | Yeah. |
| 22 | JOHN: | In the morning? Okay. And have you had concerns that you were pregnant before |
| 23 | | or this is the first time for something like this? |
| 24 | ANABEL: | Before. |
| 25 | JOHN: | Before? Okay. And, um, how did you find out if you were or you were not? |
| 26 | ANABEL: | That time I had to go make a test, go do a test. |
| 27 | JOHN: | You had a test. Okay. Did you take that test before? |
| 28 | ANABEL: | Unh-unh. |

| | | |
|---|---|---|
| 1 | JOHN: | No. Is there anything else about this that you want me to know or that you are too |
| 2 | | embarrassed to say? |
| 3 | ANABEL: | No. |
| 4 | JOHN: | No. Is there anything else about your mom spanking you with a belt that you want |
| 5 | | me to know? |
| 6 | ANABEL: | I just don't want nothing to get reported, that's all. |
| 7 | JOHN: | Okay. |
| 8 | ANABEL: | Cause I'm gonna be pissed off. |
| 9 | JOHN: | Okay. And what would you be pissed off about? |
| 10 | ANABEL: | Because she's my mom, I love her, you know? I don't want anything to happen to her. |
| 11 | JOHN: | Okay. Um, has that happened once or more than once? |
| 12 | ANABEL: | What? |
| 13 | JOHN: | Being spanked with a belt? |
| 14 | ANABEL: | Yeah but she wouldn't leave bruises or anything. |
| 15 | JOHN: | She wouldn't leave bruises? |
| 16 | ANABEL: | No. I guess this time she was really mad. |
| 17 | JOHN: | Okay. And you said that she spanked you because you walked with, um, Betty to the |
| 18 | | store? |
| 19 | ANABEL: | Uh-huh. |
| 20 | JOHN: | Okay. Is this the first time or has there been other times where she's left bruises? |
| 21 | ANABEL: | First time. |
| 22 | JOHN: | First time? |
| 23 | ANABEL: | Yeah. |
| 24 | JOHN: | Okay. Well, Anabel, what I'm gonna do, like I said, is I'm just gonna step out for a |
| 25 | | moment. I need to check my notes and just to make, see if I have any other questions |
| 26 | | for you. While I do that, can you just hang out here for a minute? |
| 27 | ANABEL: | Yeah. |
| 28 | JOHN: | Okay. I'll be right back, I'm gonna see if I have any . . . |

1  (Garza by herself in room).

2  ANABEL:    Oh my God.  Why did I open my big mouth?

3  ANABEL:    Oh, what time is it?

4  ANABEL:    Oh, man, it hurts!

5  (John comes back into room).

6  JOHN:    Thanks for waiting.

7  ANABEL:    Uh-huh.

8  JOHN:    I just have a few questions for ya.  *( )*.  But, um, you said, that when your mom

9         spanked you with the belt this time, is cause you walked, you know, went away,

10        walked with Betty down to the store.

11  ANABEL:    Yeah.

12  JOHN:    Um, what, the other times you get in trouble, what happens when you get in trouble

13        the other times?

14  ANABEL:    Um, because, I would talk back.  Or, um, that's pretty much it cause I'm a good

15        person that likes to talk back.

16  JOHN:    Okay.

17  ANABEL:    And I think she has a right to hit me because I talk back.

18  JOHN:    Okay.  And you said that she has a right to hit you because you talk back?

19  ANABEL:    Yeah.

20  JOHN:    Okay.

21  ANABEL:    Cause I don't think that's right for a daughter be talking back to her mom.

22  JOHN:    Okay.  And, uh, where does she hit you when you, she, when you talk back?

23  ANABEL:    She'll just hit me with her hand.

24  JOHN:    Okay.  Where on your body does she hit you?

25  ANABEL:    Right here.  Just like *( )*, right there.

26  JOHN:    Okay.  Is her hand open, closed or something else?

27  ANABEL:    Just like that, it's just like, yeah.

28  JOHN:    Okay.  And earlier you were talking about, uh, sometimes you've gone out or when

1              you were in California you went out and they found out later.  Um, what happened

2              then?  What happened *( )*?

3    ANABEL:   I would get busted.

4    JOHN:     Okay.  And how would you get busted?

5    ANABEL:   I would get spanked.

6    JOHN:     Spanked?  And how would you get spanked?

7    ANABEL:   With a belt.

8    JOHN:     Okay.  On your skin, your clothes, or something else?

9    ANABEL:   My clothes.

10   JOHN:     Your clothes.  And who spanked you?

11   ANABEL:   My mom.

12   JOHN:     Your mom.  Um, and . . .

13   ANABEL:   But she has a right cause *( )*, I need to control that.

14   JOHN:     Okay.  And once she spanked you with the belt, um, you went out and things like

15             that, did she *( )* or something else?

16   ANABEL:   Hm, not that I remember.

17   JOHN:     Okay.  And, um, what happens when your brother or sisters get in trouble?

18   ANABEL:   They get spanked too.

19   JOHN:     What do they get spanked with?

20   ANABEL:   The belt.  But they, they learn their lesson quick.  I don't.

21   JOHN:     Okay.  And, uh, have you been spanked with anything else?

22   ANABEL:   No.

23   JOHN:     Or anything else hit you besides the best or your mom's hand?

24   ANABEL:   *( )*.

25   JOHN:     Uh, both times that you've talked about spanking, you've talked about your mom

26             spanking you, um, have you ever been, have you ever gotten in trouble by you dad?

27   ANABEL:   Yeah.

28   JOHN:     What does he do?

1  ANABEL:     He'll spank me too.

2  JOHN:       Okay.  What does he use to spank you?

3  ANABEL:     The belt.

4  JOHN:       The belt?

5  ANABEL:     Uh-huh.

6  JOHN:       Okay.  Has he, have there ever been bruises or marks left when your dad spanked

7              you?

8  ANABEL:     Only like one time though.

9  JOHN:       Okay.

10 ANABEL:     But since like two years, I can't even remember.

11 JOHN:       Where on your body did you have bruises and marks from your dad?

12 ANABEL:     On my butt.

13 JOHN:       On your butt?

14 ANABEL:     Yeah.

15 JOHN:       Okay.

16 ANABEL:     Then he'll say, you know, sorry, but he has never spanked me since that time.

17 JOHN:       Ever since that time?

18 ANABEL:     Yeah, cause he like decided not to do it again.  Because he made a promise and he

19             never did it again.

20 JOHN:       Okay.  Have you seen any bruises or marks on your brother or sisters?

21 ANABEL:     No.

22 JOHN:       Okay.  Alright.  Is there anything else you'd like me to about this that I'm not have

23             asked?

24 ANABEL:     No.

25 JOHN:       Okay.  And I know I've asked you a lot of questions.  Do you have any questions for

26             me?

27 ANABEL:     Unh-unh.

28 JOHN:       No?  Okay.  And those questions that you did ask, uh, I wanna thank you for asking

| | | |
|---|---|---|
| 1 | | those questions and I'm gonna thank you also for talking with me.  Um, I will direct |
| 2 | | you to those people that I said that, um, you know, you asked for help and things like |
| 3 | | that.  I can direct you to those people once we're done here.  Okay? |
| 4 | ANABEL: | Alright. |
| 5 | JOHN: | Well, um, is someone was to touch you in a way that you didn't like or with hurt, or |
| 6 | | like the bruise or, um, something else, who could you tell? |
| 7 | ANABEL: | Miss Farley. |
| 8 | JOHN: | Miss Farley? |
| 9 | ANABEL: | Uh-huh. |
| 10 | JOHN: | Okay.  And who is Miss Farley? |
| 11 | ANABEL: | The lady that was with us right now. |
| 12 | JOHN: | Okay.  The school counselor *( )*? |
| 13 | ANABEL: | Uh-huh. |
| 14 | JOHN: | Okay.  Yeah.  And, uh, anybody could you tell? |
| 15 | ANABEL: | I would probably tell Betty and then Betty will tell Miss Farley, cause *( )* talk to Miss |
| 16 | | Farley all the time. |
| 17 | JOHN: | Okay.  So you could tell Betty or Miss Farley or somebody like that? |
| 18 | ANABEL: | Yeah.  If I don't tell Miss Farley, I would tell Betty, and Betty would talk to Miss |
| 19 | | Farley and Miss Farley would talk to me. |
| 20 | JOHN: | Okay.  Yeah, there's a few people to tell.  Also, if you, uh, needed help, you could |
| 21 | | also tell the school teacher or something like that. |
| 22 | ANABEL: | Uh-huh. |
| 23 | JOHN: | Okay.  Well, *( )*, thank you for talking with me and, uh, if you don't have any other |
| 24 | | questions, then we're all done and I can walk you back out to Miss Farley. |
| 25 | ANABEL: | *( )*. |
| 26 | JOHN: | Okay.  Thank you. |
| 27 | | |
| 28 | | |

# EXHIBIT B

1

2

                    **Translated transcript**

3

                 **Video Recorded Interview**

4

                            **of**

5

            **Luis Manuel Gomez Dominguez**

6

                    **March 4, 2008**

7

        **U.S. v Luis Manuel Gomez Dominguez**

8

9

10

**Legend:**

11

12

**BEAN: Border Patrol Agent Bean**

13

**FOREMAN: Border Patrol Agent Foreman**

14

**GOMEZ: Luis Manuel Gomez Dominguez**

15

**[UI]: Unintelligible utterance**

16

**[IA]: Inaudible answer.**

17

*Italics*: **Spoken in English**

18

**[OV]: Overlapping voices.**

19

**[PH]: Phonetic**

20

21

22

23

24

25

1

2
   00:00:08 00:00:08

3
**BEAN:** *The following is a statement under oath before Border Patrol Agent Mayan [PH] Bean*

4
*as witnessed by Border Patrol Agent Demone [PH] Foreman at the Imperial Beach Border*

5
*Patrol Station in San Diego, California. The statement is being given by Luis Manuel Gomez*

6
*Dominguez, the subject being charged with 8 USC 1326, felony re-entry after deportation. The*

7
*current date is March 4th, 2008. The current time is 1:42 p.m.* Do you want to talk to

8
me in English or Spanish?

9
**GOMEZ:** In Spanish.

10
**BEAN:** Your administrative rights do not apply anymore. You are

11
being sued [SIC] criminal charges for your illegal re-entry to

12
the United States. Since you are not citizen of the United States

13
and be arrested [SIC] or detained you have the right to ask us to

14
notify the consular officials of your country here in the United

15
States about your situation. You also have the right to

16
communicate with the consular officials of your country. Among

17
other things, a consular official of your country can help you

18
obtain legal counseling, get in contact with your family and

19
visit you in jail. If you wish us to notify the consular

20
officials of your country, you may request it now or at any

21
opportunity in the future. Do you wish us to notify the consular

22
officials of your country now?

23
**GOMEZ:** Yes.

24
00:01:58 00:01:58

25
**BEAN:** *Time is 1:43.* Before we ask you any question, you must

understand your rights. You have the right to remain silent.

1

2
Anything that you say can be used against you in a court of law

3
or in any administrative or immigration proceeding. You have the

4
right to speak with an attorney so that he may advise you before

5
we ask you some question, and to have him present with you during

6
the questions. If you do not have the money to hire an attorney,

7
one can be provided to you before we ask you some question, if

8
you wish. If you decide to answer our questions now, without

9
having an attorney present, you will always have the right to

10
stop answering whenever you like. You also have the right to stop

11
answering whenever you like, until you can speak with an

12
attorney. Do you understand – –

13
**GOMEZ:** Yes.

14
**BEAN:** – – each of your rights the way I have read them to you?

15
**GOMEZ:** Yes.

16
**BEAN:** Place your initials here, please.

17
**GOMEZ:** [UI] also?

18
**BEAN:** Not yet, let me read [UI]. Are you willing to answer my

19
questions without having an attorney present?

20
**GOMEZ:** Yes.

21
**BEAN:** Initials here below. And now signs [SIC] your name here.

22
**GOMEZ:** [UI]

23
  00:03:59 00:03:59

24
**BEAN:** Okay. After we have- finish this interview, we are going to

25
give you the opportunity to talk to the consulate. Do you

understand?

1

2
  **GOMEZ:** [IA]

3
  **BEAN:** I am officer of the Customs and Border Protection

4
Department, authorized by law to administer oaths and to take

5
testimony in connection with the enforcement of the immigration

6
and naturalization laws of the United States. I wish to take

7
your- you wish to take- I wish to take your sworn statement

8
related to your illegal re-entry to the United States. Sir, your

9
statement is being registered in a video-tape recorder. Do you

10
understand?

11
  **GOMEZ:** Yes.

12
  **BEAN:** Do you swear that all the statements that you are about to

13
make will be the truth, the entire truth and nothing but the

14
truth, so help you God?

15
  **GOMEZ:** Yes.

16
  **BEAN:** Are you under the influence of drugs, alcohol, medication,

17
at this moment?

18
  **GOMEZ:** No.

19
  **FOREMAN:** *Dude.*

20
  **BEAN:** *What?*

21
  **FOREMAN:** *[UI] 'cause the camera is not working.*

22
  **BEAN:** *What's not working? Is it recording?*

23
  **FOREMAN or BEAN:** *Yes.*

24
[VIDEO OFF]

25
[PAUSE] [VIDEO ON]

[WHISPERING, VOICES CANNOT BE DISTINGUISHED]

U.S. v Gomez-Dominguez          Page 4 of 8

**44**

Transcription/translation by Oscar Gonzales

1

2

**FOREMAN or BEAN:** *No, it wasn't. Now it is. The DVD was recording . . . but the camera*

3

*wasn't.*

4

**FOREMAN or BEAN:** *The camera doesn't have to 'cause it doesn't have to record on tape.*

5

*It's just feeding straight to the - -*

6

**FOREMAN or BEAN:** *[UI]*

7

**FOREMAN or BEAN:** *DVD, yeah.*

8

**FOREMAN or BEAN:** *Okay.*

9

**FOREMAN or BEAN:** *[UI] say it's recording now [UI] the camera [UI]a tape [UI]  it*

10

*doesn't have to. Should we stop and see real quick if the DVD?*

11

**FOREMAN or BEAN:** *[UI] just pause.*

12

`[PAUSE] [BLEEP] [VIDEO OFF]`

13

`[VIDEO ON]`

14

**FOREMAN or BEAN:** *[UI]*

15

**FOREMAN or BEAN:** *What's that?*

16

**FOREMAN or BEAN:** *You can see if it's recording now on the uhm, the DVD, then it's*

17

*recording.*

18

**FOREMAN or BEAN:** *It's recording on the DVD, yeah.*

19

**FOREMAN or BEAN:** *But if I stop this, you think it will it be alright?*

20

**FOREMAN or BEAN:** *[UI] Alright.*

21

**BEAN:** `Are you under the influence of drugs, alcohol, medication,`

22

`at this time?`

23

**GOMEZ:** `No.`

24

**BEAN:** `Are you willing to answer my questions at this time without`

25

`having an attorney present?`

**GOMEZ:** `Yes.`

1

2
**BEAN:** Do you swear that all your statements that you are going to
3
make are [SIC] the truth, the whole truth and nothing but the
4
truth, so help you God?
5
**GOMEZ:** Yes.
6
**BEAN:** What is your true and correct name?
7
**GOMEZ:** Luis Manuel Gomez Dominguez.
8
**BEAN:** Have you used some other names?
9
 00:07:08 00:07:08
10
**GOMEZ:** No.
11
**BEAN:** What country are you citizen of?
12
**GOMEZ:** Mexico.
13
**BEAN:** What is your date of birth?
14
**GOMEZ:** January 10 of '88.
15
**BEAN:** '88?
16
**GOMEZ:** Uh-huh.
17
**BEAN:** And where were you born?
18
**GOMEZ:** In Mexico.
19
**BEAN:** What state?
20
**GOMEZ:** Toluca.
21
**BEAN:** What city?
22
**GOMEZ:** Toluca, it is the city of Toluca.
23
**BEAN:** Have you ever been ordered deported, excluded or removed
24
from the United States?
25
**GOMEZ:** Yes.

1

2

**BEAN:** How and through were did you enter the United States that

3 time?

4 **GOMEZ:** Through Tecate.

5 **BEAN:** How did you enter?

6  00:08:01 00:08:01

7 **GOMEZ:** [UI] through the border.

8 **BEAN:** After you were ordered deported, excluded or removed, were

9 you removed by the Immigration Service or did you leave the

10 United States voluntarily?

11 **GOMEZ:** I left through the Immigration Service.

12 **BEAN:** After you were deported, excluded or removed from the

13 United States, have you asked permission to the United States

14 Attorney to be able to re-enter the United States?

15 **GOMEZ:** No.

16 **BEAN:** When did you enter the United States the last time?

17 **GOMEZ:** Five months ago. It has been five months since I entered.

18 September 29 of 2007.

19 **BEAN:** Okay, and after that? When? The, the last time?

20  00:09:03 00:09:03

21 **GOMEZ:** Well, right now.

22 **BEAN:** Okay, in the morning?

23 **GOMEZ:** Yes.

24 **BEAN:** Are you afraid that they persecute you or they torture you

25 in your country if you are dried [SIC] from the United States?

**GOMEZ:** No.

1

2

**BEAN:** Where were you going today?

3

**GOMEZ:** To . . . Los Angeles.

4

**BEAN:** What were you going to do in Los Angeles?

5

**GOMEZ:** Work.

6

**BEAN:** Did you know that it was illegal to enter the United

7

States?

8

**GOMEZ:** Yes.

9

**BEAN:** Something else at this time that you would like to add or

10

say?

11

**GOMEZ:** No.

12

**BEAN:** This concludes the sworn statement. The time is now 1:51

13

p.m.

14   00:09:59 00:09:59

15

16

17    **[The above is an 8 page accurate transcription-translation of the video recorded**

18   **interview of Luis Manuel Gomez Dominguez from Spanish into English to the best of my**

19   **knowledge and ability.**

20   **Certified on June 17, 2008.**

21   _____

22   **Oscar Gonzales, Interpreter, U.S. Courts Certification No. 00-028.]**

23

24

25