1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Luis Manuel Gomez-Dominguez

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA,        )   Case No. 08CR1003-WQH
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )   **CERTIFICATE OF SERVICE**
                                      )
14 | LUIS MANUEL GOMEZ-DOMINGUEZ,     )
                                      )
15 |         Defendant.                )
   |_____ )

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          Anne Kristina Perry
           Anne.Perry2@usdoj.gov,Cindy.Muncy@usdoj.gov,efile.dkt.gc1@usdoj.gov

21                                    Respectfully submitted,

23 DATED:      July 30, 2008            /s/ Erick L. Guzman
                                        **ERICK L. GUZMAN**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Luis Manuel Gomez-Dominguez