ERICK L. GUZMAN
California State Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: erick_guzman@fd.org

Attorneys for Mr. Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1003-WQH |
| Plaintiff, ) | |
| ) | DECLARATION OF LUIS GOMEZ |
| v. ) | |
| ) | |
| LUIS GOMEZ, ) | |
| Defendant. ) | |

I, LUIS GOMEZ, state as follows, under penalty of perjury:

1. On April 2007 I appeared before an Immigration Judge.

2. I would have departed voluntarily, had the immigration judge given me the opportunity.

3. I would have had the desire to depart voluntarily.

4. I had approximately $30.00 United Stated dollars at the time of my removal

5. I would have purchased a bus-ticket to Mexico to take advantage of voluntary-departure.

6. My sister _yesenia Martinez_ lived in Arkansas at the time of removal, and she would have given any money I needed to purchases a bus ticket.

7. I have had good moral character at least for at least the six years preceding my removal hearing.

8. My sister knew me during the five years preceding my removal hearing and would have attested to my good moral character.

9. My Aunt, Georgina Diaz, knew me during the five years preceding my removal hearing and would have attested to my good moral character.

10. My uncle Manuel Mendes knew me during the five years preceding my removal hearing and would have attested to my good moral character.

I swear that to the best of my knowledge and memory, the foregoing is true and correct this 25th day of ~~June~~ August, 2008.

**Luis Gomez**
Declarant