ERICK L. GUZMAN
California State Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: erick_guzman@fd.org

Attorneys for Mr. Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1003-WQH |
| Plaintiff, ) | |
| v. ) | DECLARATION OF LILIANA PEREZ |
| LUIS GOMEZ, ) | |
| Defendant. ) | |

I, LILIANA PEREZ, state as follows, under penalty of perjury:

1. My name is Liliana Pérez.

2. I am an investigator at Federal Defenders of San Diego, Inc.

3. I was assigned to make a telephone call to Georgina Diaz in the case U.S. vs. Luis Gomez (08cr1003).

4. On August 25th, 2008, I spoke to Georgina Diaz via telephone.

5. Diaz stated that she is Luis Gomez's aunt.

6. Diaz stated that Senaida Dominguez, Luis mother, is her sister.

7. Diaz stated that she has known Luis since he was born on 01/10/1988.

8. Diaz stated that she considers Luis a responsible and noble person.

9. Diaz stated that Luis is a hard working person who supports his mother Senaida and his four young siblings: Alberto (14 years old), Blanca (11 years old), Karen (9 years old), and Jenny (7 years old).

10. Diaz stated that Luis demonstrated his care for her family by taking care of the funeral services when Luis' grandmother (Diaz's mother) died last year.

11. Diaz stated that in the time that she has known Luis, he has always demonstrated good moral character.

8. Diaz stated that if at any time Luis would have asked her to lend him money for a bus ticket, she would have lent him the money for the purchase of a ticket.

9. Diaz stated that she has much respect for her nephew Luis and considers him a good person.

I swear that to the best of my knowledge and memory, the foregoing is true and correct this 25th day of August, 2008.

*(signature)*
**Liliana Perez**
Declarant