**LUIS MANUEL GOMEZ-DOMINGUEZ**
(A 99-702-025)

**DEPORTATION PROCEEDINGS**
**April 9, 2007**

---

| | |
|---|---|
| COURT: | This is Judge *( )\** removal proceedings on this, uh, April the 9th, 2007, in the matter of Mr. Luis Manuel Gomez-Dominguez, which is case number A99-702-025. The respondent is present, unrepresented by counsel. The government is represented by Ms. Harris. And the court interpreter is Ms. *( )*. Raise your right hand. Do you swear to *( )* translate from English to Spanish, Spanish to English, to the best of your ability? |
| INTERPRETER: | Yes, *( )*. |
| COURT: | Thank you. Are you Luis Manuel Gomez-Dominguez? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes, sir. |
| COURT: | So this is your first appearance in the court of removal proceedings. As such, you are entitled to delaying your case, if you wish, either to better prepare your case, or to acquire an attorney, or you may go forward today, whichever you desire. |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | He wants to *( )*. |
| COURT: | Do you understand the nature of immigration court, sir? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes, sir. |

*\*( ) = **Inaudible.***

| | |
|---|---|
| COURT: | Um, raise your right hand.  Do you promise to tell the truth? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes, I promise to tell the truth. |
| COURT: | Thank you, sir.  Sir, do you understand that you have the right to have an attorney that the government would have paid for? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes. |
| COURT: | Do you understand that you have the right to present any relevant evidence to this Court? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes, sir. |
| COURT: | And do you understand, sir, that the government has that same right to present evidence subject *( )*, cross-examine witnesses, or object to or examine any documents or other evidence the government may attempt to introduce? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes, sir. |
| COURT: | And do you understand, sir, that I have no prior knowledge of your case and I shall base my decisions solely upon *( )* of this courtroom? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes, sir. |

| | |
|---|---|
| COURT: | And do you understand, sir, that you have the right to appeal any decision of this Court to a higher court in Washington, D.C. *( )* federal court system of this country? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes, I understand. |
| COURT: | Sir, do you acknowledge proper service and receipt of the forms *( )*, the legal aid sheet, the notice to appear, as well as your criminal conviction record? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes, sir. |
| COURT: | May I use my copies of these papers in helping me to decide your case? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes. |
| COURT: | Let them be marked and received into evidence *( )* Exhibit No. 1.  Sir, do you admit that you are not a citizen or national of the United States, but a native and citizen of Mexico? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes, I was born in Mexico. |
| COURT: | Sir, do you admit that you arrived in the United States at or near Douglas, Arizona, on or about February the 24th, 2004, and you have not been admitted or *( )* inspection by an immigration officer? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |

| | |
|---|---|
| INTERPRETER: | Yes. |
| COURT: | Sir, do you admit that you, on February the 26th, 2007, you were convicted in Benton County, Arkansas, for sexual indecency with a child? |
| INTERPRETER: | *[Speaking Spanish.]* Your honor, *( )* child in Spanish is gender based, boy or girl. You have to give me girl or boy, to say it in Spanish correctly. |
| COURT: | I, I have no idea. I'm reading the charge. |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes, *( )*. |
| COURT: | Sir, I find that you are removable as charged. Do you wish to designate a country for removal? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | To my country, Mexico. |
| COURT: | Have you fear returning to Mexico? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | No. |
| COURT: | Um, have you family within the United States? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes. |
| COURT: | Who? |
| INTERPRETER: | *[Speaking Spanish.]* |

| | |
|---|---|
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | My uncle. |
| COURT: | Were either of your parents American citizens? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | No. |
| COURT: | How old are you? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Nineteen. |
| COURT: | And is the government aware of any relief? |
| GOVERNMENT: | No, your honor. |
| COURT: | It is the order of the court, sir, that you be removed from the United States to Mexico, on the charges contained in the notice to appear. Do you understand my decision, sir? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | Yes. |
| COURT: | Do you wish to accept that decision or reserve appeal? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | I ( ) the decision. |
| COURT: | I'm sorry? Do you accept my decision or reserve appeal? |

| | |
|---|---|
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | I *( )* your decision. |
| COURT: | Do you accept my decision or reserve appeal? |
| INTERPRETER: | *[Speaking Spanish.]* |
| GOMEZ: | *[Speaking Spanish.]* |
| INTERPRETER: | I accept the decision according to the Court. |
| COURT: | The decision of the Court is final. I will hand you a copy of my decision. And with that, this *( )* is adjourned. |