ERICK L. GUZMAN
California State Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: erick_guzman@fd.org

Attorneys for Mr. Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1003-WQH |
| Plaintiff, ) | |
| ) | DECLARATION OF GEORGINA DIAZ |
| v. ) | |
| LUIS GOMEZ, ) | |
| Defendant. ) | |

I, GEORGINA DIAZ, state as follows, under penalty of perjury:

1. I am Luis Gomez's aunt.

2. Luis' mother, Senaida Dominguez, is my sister.

3. I have known Luis since he was born on January 10, 1988.

4. I consider Luis a responsible and noble person.

5. When Luis' grandmother (my mother) died last year, Luis demonstrated his care for our family by taking care of the funeral services.

6. Luis is a hard working person who supports his mother Senaida and his four young siblings: Alberto (14 years old), Blanca (11 years old), Karen (9 years old), and Jenny (7 years old).

7. In the time that I have known Luis, he has always demonstrated good moral character.

8. If at any time Luis would have asked me to lend him money for a bus ticket, I would have lent him the money for the purchase.

9. I have much respect for my nephew Luis and consider him a good person.

I swear that to the best of my knowledge and memory, the foregoing is true and correct this 26th day of August, 2008.

**Georgina Diaz**
Declarant