1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Luis Manuel Gomez-Dominguez

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA,              )   Case No. 08CR1003-WQH
                                            )
12 |        Plaintiff,                      )
                                            )
13 | v.                                     )   **CERTIFICATE OF SERVICE**
                                            )
14 | LUIS MANUEL GOMEZ-DOMINGUEZ,           )
                                            )
15 |        Defendant.                      )
   |_____)

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          Anne Kristina Perry
        Anne.Perry2@usdoj.gov,Cindy.Muncy@usdoj.gov,efile.dkt.gc1@usdoj.gov

21                                          Respectfully submitted,

23 DATED:      August 25, 2008              /s/ Erick L. Guzman
                                            **ERICK L. GUZMAN**
24                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Luis Manuel Gomez-Dominguez