**ERICK L. GUZMAN**
California Bar # 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467
Fax: (619) 687-2666
E-Mail: erick_guzman@fd.org

Attorneys for Luis Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08CR1003-WQH |
| Plaintiff, | ) DATE:        October 14, 2008 |
| | ) TIME:        2:00 P.M. |
| v. | ) |
| | ) ***SUPPLEMENTAL   DECLARATION   IN*** |
| LUIS GOMEZ, | ) **SUPPORT OF SUPPLEMENTAL BRIEFING** |
| | ) **RE: PLAUSIBILITY OF RELIEF** |
| Defendant. | ) |

**I.**

**INTRODUCTION**

On August 21, this Court ordered Mr. Gomez to filed supplemental briefing by August 25, which he did. See Clerk's Docket Sheet at 58. However, not all of the declarations were available as several of the declarants reside in Arkansas. Mr. Gomez received Ms. Scritchfield's declaration on August 28, 2008. See Exhibit A. Ms. Scritchfield was Mr. Gomez's attorney in 2006.

Respectfully submitted,

DATED:        August 29, 2008                    /s/ Erick L. Guzman
                                                 **ERICK L. GUZMAN**
                                                 Federal Defenders of San Diego, Inc.
                                                 Attorneys for Luis Gomez

1 | **ERICK L. GUZMAN**
California State Bar No. 244391
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: erick_guzman@fd.org

5 | Attorneys for Luis Manuel Gomez-Dominguez

6 |

7 |

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA,            )        Case No. 08CR1003-WQH
                                         )
12 |              Plaintiff,             )
                                         )
13 | v.                                  )        **CERTIFICATE OF SERVICE**
                                         )
14 | LUIS MANUEL GOMEZ-DOMINGUEZ,        )
                                         )
15 |              Defendant.             )
     _____ )

16 |

17 |        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 | information and belief, and that a copy of the foregoing document has been served this day upon:

19 |                          Anne Kristina Perry
                  Anne.Perry2@usdoj.gov,Cindy.Muncy@usdoj.gov,efile.dkt.gc1@usdoj.gov
20 |

21 |                                      Respectfully submitted,

22 |

23 | DATED:        August 29, 2008                 /s/ Erick L. Guzman
                                                   **ERICK L. GUZMAN**
24 |                                               Federal Defenders of San Diego, Inc.
                                                   Attorneys for Luis Manuel Gomez-Dominguez
25 |

26 |

27 |

28 |