**UNITED STATES v. LUIS GOMEZ-DOMINGUEZ**
**U.S.D.C. Case No. 08CR1003-WQH**

**INDEX OF EXHIBITS**

Declaration of Dee Scritchfield (Exhibit A) .................................. Page 2

# EXHIBIT A

ERICK L. GUZMAN
California State Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: erick_guzman@fd.org

Attorneys for Mr. Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS GOMEZ,<br><br>    Defendant. | CASE NO. 08CR1003-WQH<br><br>DECLARATION OF DEE SCRITHCFIELD |

I, DEE SCRITCHFIELD, state as follows, under penalty of perjury:

1. I am an attorney, licensed to practice law in the state of Arkansas.

2. I represented Luis Gomez in 2006. I met with him and spoke with him on numerous occasions at the Benton County Jail and at the courthouse.

3. Mr. Gomez was in custody during the period leading up to his judgment. He was committed for 120 days of which he had already served 110 days by the time of the entry of the plea.

4. In my opinion, Mr. Gomez was conscientious and respectful.

5. He seemed like a very nice young man. He always treated me with courtesy.

6. He was up front and honest with me concerning the facts of his case. It is rare that a criminal defendant does not offer multiple excuses for their behavior. Mr. Gomez took responsibility from the beginning of my dealings with him.

7. I would have presented this evidence to the Immigration Court had I been asked to do so.

I swear that to the best of my knowledge and memory, the foregoing is true and correct this 28th day of August, 2008.

_____
**DEE SCRITCHFIELD**
Declarant