ERICK L. GUZMAN
California State Bar No. 244391
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: erick_guzman@fd.org

Attorneys for Mr. Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br> Plaintiff,  )  <br>  )  <br> v.  )  <br>  )  <br> LUIS GOMEZ,  )  <br>  )  <br> Defendant.  )  <br>_____ ) | CASE NO. 08CR1003-WQH <br><br> DECLARATION OF GEORGINA DIAZ |

I, GEORGINA DIAZ, state as follows, under penalty of perjury:

1. I am Luis Gomez's aunt.

2. Luis' mother, Senaida Dominguez, is my sister.

3. I have known Luis since he was born on January 10, 1988.

4. I consider Luis a responsible and noble person.

5. When Luis' grandmother (my mother) died last year, Luis demonstrated his care for our family by taking care of the funeral services.

6. Luis is a hard working person who supports his mother Senaida and his four young siblings: Alberto (14 years old), Blanca (11 years old), Karen (9 years old), and Jenny (7 years old).

7. In the time that I have known Luis, he has always demonstrated good moral character.

8. If at any time Luis would have asked me to lend him money for a bus ticket, I would have lent him the money for the purchase.

9. I have much respect for my nephew Luis and consider him a good person.

I swear that to the best of my knowledge and memory, the foregoing is true and correct this 26th day of August, 2008.

*Georgina Diaz*
**Georgina Diaz**
Declarant

1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Luis Manuel Gomez-Dominguez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA,       )  Case No. 08CR1003-WQH
                                     )
12 |         Plaintiff,              )
                                     )
13 | v.                              )  **CERTIFICATE OF SERVICE**
                                     )
14 | LUIS MANUEL GOMEZ-DOMINGUEZ,    )
                                     )
15 |         Defendant.              )
   |_____)
16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                              Anne Kristina Perry
              Anne.Perry2@usdoj.gov,Cindy.Muncy@usdoj.gov,efile.dkt.gc1@usdoj.gov
20

21                                            Respectfully submitted,

22

23 DATED:    September 8, 2008                /s/ Erick L. Guzman
                                              **ERICK L. GUZMAN**
24                                            Federal Defenders of San Diego, Inc.
                                              Attorneys for Luis Manuel Gomez-Dominguez
25

26

27

28